# EXHIBIT 1



# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| RUSS GODREY AND NATALIE GODFREY,<br>   Plaintiff,<br>v.<br>C<br>CSAA FIRE & CASUALTY INSURANCE COMPANY; AND AUTOMOBILE CLUB OF OKLAHOMA D/B/A AAA OKLAHOMA;<br>   Defendant. | No. CJ-2018-7124<br>(Civil relief more than $10,000: BAD FAITH INSURER LIABILITY)<br><br>Filed: 12/27/2018<br><br>Judge: Timmons, Aletia Haynes |

## PARTIES

Automobile Club Of Oklahoma, Defendant
Csaa Fire & Casualty Insurance Company, Defendant
Godfrey, Natalie, Plaintiff
Godfrey, Russ, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| ENGEL, MARK A (Bar #10796)<br>204 NORTH ROBINSON AVENUE 21TH FLOOR<br>OKC, OK 73102 | Godfrey, Russ<br>Godfrey, Natalie |
| ENGEL, MARK A (Bar #10796)<br>204 NORTH ROBINSON AVENUE 21TH FLOOR<br>OKC, OK 73102 | Godfrey, Russ<br>Godfrey, Natalie |

## EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**  Issue: BAD FAITH INSURER LIABILITY (INSURE)
Filed By: Godfrey, Russ
Filed Date: 12/27/2018

| Party Name | Disposition Information |
|---|---|
|  | Pending. |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 12-27-2018 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 12-27-2018 | INSURE | BAD FAITH INSURER LIABILITY | | | |
| 12-27-2018 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 12-27-2018 | PFE1 | PETITION | | | $ 163.00 |
| 12-27-2018 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 12-27-2018 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 12-27-2018 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 12-27-2018 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 12-27-2018 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 12-27-2018 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |
| 12-27-2018 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 12-27-2018 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 12-27-2018 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 12-27-2018 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 12-27-2018 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 12-27-2018 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 12-27-2018 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 12-27-2018 | SMF | SUMMONS FEE | | | $ 20.00 |
| 12-27-2018 | EAA | ENTRY OF APPEARANCE BY M. ADAM ENGEL, ATTORNEY FOR PLAINTIFFS<br>Document Available (#1042154235) 📄TIFF 📄PDF | | | |
| 12-27-2018 | P | PETITION<br>Document Available (#1042188052) 📄TIFF 📄PDF | | | |
| 12-27-2018 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE TIMMONS, ALETIA HAYNES TO THIS CASE. | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 12-27-2018 | ACCOUNT | RECEIPT # 2018-4510447 ON 12/27/2018. PAYOR: MANSELL & ENEGEL PC TOTAL AMOUNT PAID: $ 252.14.<br>LINE ITEMS:<br>CJ-2018-7124: $183.00 ON AC01 CLERK FEES.<br>CJ-2018-7124: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2018-7124: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2018-7124: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2018-7124: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2018-7124: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2018-7124: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2018-7124: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2018-7124: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2018-7124: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2018-7124: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. | | | |
| 12-28-2018 | EAA | ENTRY OF APPEARANCE<br>Document Available (#1042193054) 📄TIFF 📄PDF | | | |
| 12-28-2018 | EAA | ENTRY OF APPEARANCE<br>Document Available (#1042193058) 📄TIFF 📄PDF | | | |
| 12-28-2018 | EAA | ENTRY OF APPEARANCE<br>Document Available (#1042193062) 📄TIFF 📄PDF | | | |
| 03-29-2019 | SMS | SUMMONS RETURNED, SERVED: AUTOMOBILE CLUB OF OKLAHOMA, DBA AAA OKLAHOMA SIGN BY ILLEG. ON 3/25/19 CERT MAIL<br>Document Available (#1043363146) 📄TIFF 📄PDF | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 04-03-2019 | SMS | SUMMONS RETURNED, SERVED: 3/29/19 TO OKLAHOMA INSURANCE DEPARTMENT ATTENTION: LEGAL DEPARTMENT BY CERT. MAIL<br>Document Available (#1043159324) 📄TIFF 📄PDF | | | |
| 04-09-2019 | SMS | SUMMONS RETURNED/CSAA FIRE & CASUALTY INSURANCE COMPANY SVD BY CERT MAIL 3-29-19<br>Document Available (#1043026443) 📄TIFF 📄PDF | | | |