# EXHIBIT 4



FILED IN DISTRICT COURT
OKLAHOMA COUNTY

DEC 2 8 2018

RICK WARREN
~~COURT CLERK~~

35

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| RUSS GODFREY,<br><br>                          Plaintiff,<br><br>v.<br><br>CSAA FIRE & CASUALTY INSURANCE COMPANY; AUTOMOBILE CLUB OF OKLAHOMA dba AAA OKLAHOMA,<br><br>                          Defendants. | Case No: CJ-2018-7124 |

### ENTRY OF APPEARANCE

Mark A. Engel, of the firm of Mansell, Engel & Cole, hereby enters his appearance on behalf of Plaintiffs, Russ and Natalie Godfrey.

                                      MANSELL ENGEL & COLE

                       By: _____
                              Steven S. Mansell, OBA #10584
                              Mark A. Engel, OBA #10796
                              Kenneth G. Cole, OBA #11792
                              M. Adam Engel, OBA #32384
                              204 North Robinson Avenue, 21st Floor
                              Oklahoma City, OK 73102-7001
                              T: (405) 232-4100 ** F: (405) 232-4140
                              Firm E-mail: mec@meclaw.net