# EXHIBIT 5



FILED IN DISTRICT COURT
OKLAHOMA COUNTY

DEC 2 8 2018

RICK WARREN
COURT CLERK

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

RUSS GODFREY,

        Plaintiff,

v.

CSAA FIRE & CASUALTY INSURANCE COMPANY; AUTOMOBILE CLUB OF OKLAHOMA dba AAA OKLAHOMA,

        Defendants.

Case No: CJ-2018-7124

### ENTRY OF APPEARANCE

Steven S. Mansell, of the firm of Mansell, Engel & Cole, hereby enters his appearance on behalf of Plaintiffs, Russ and Natalie Godfrey.

MANSELL ENGEL & COLE

By: _____
Steven S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Kenneth G. Cole, OBA #11792
M. Adam Engel, OBA #32384
204 North Robinson Avenue, 21st Floor
Oklahoma City, OK 73102-7001
T: (405) 232-4100 ** F: (405) 232-4140
Firm E-mail: mec@meclaw.net