# EXHIBIT 6



*1042193062*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

DEC 2 8 2018

RICK WARREN
COURT CLERK
26

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

RUSS GODFREY,

                          Plaintiff,

v.                                                    Case No: CJ-2018-7124

CSAA FIRE & CASUALTY INSURANCE
COMPANY; AUTOMOBILE CLUB OF
OKLAHOMA dba AAA OKLAHOMA,

                          Defendants.

### ENTRY OF APPEARANCE

Kenneth G. Cole, of the firm of Mansell, Engel & Cole, hereby enters his appearance on

behalf of Plaintiffs, Russ and Natalie Godfrey.

MANSELL ENGEL & COLE

By: _____

Steven S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Kenneth G. Cole, OBA #11792
M. Adam Engel, OBA #32384
204 North Robinson Avenue, 21st Floor
Oklahoma City, OK 73102-7001
T: (405) 232-4100 ** F: (405) 232-4140
Firm E-mail:  mec@meclaw.net