# EXHIBIT 7



FILED IN DISTRICT COURT
OKLAHOMA COUNTY

MAR 29 2019

RICK WARREN
COURT CLERK

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| RUSS GODFREY and NATALIE GODFREY, Plaintiffs, v. CSAA FIRE & CASUALTY INSURANCE COMPANY; AND AUTOMOBILE CLUB OF OKLAHOMA dba AAA OKLAHOMA; Defendants. | 31_____ Case No: **CJ-2018-7124** |
|---|---|

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:**     **AUTOMOBILE CLUB OF OKLAHOMA
dba AAA OKLAHOMA**
c/o Oklahoma Department of Insurance
P.O. Box 53408
OKLAHOMA CITY, OK 73152-3408

You have been sued by the above-named Plaintiff, and you are directed to file a written Answer to the attached Amended Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorneys for the Plaintiff. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

If Interrogatories and Request for Production of Documents are served with this Amended Petition, you are directed to answer the Interrogatories and produce the documents requested within **forty-five (45) days** after service of these Interrogatories and Request for Production of Documents.

Issued this 27th day of December, 2018.

RICK WARREN, COURT CLERK

By: _____

[Seal]

**ATTORNEYS FOR PLAINTIFF:**
Steven S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Kenneth G. Cole, OBA #11792
M. Adam Engel, OBA #32384
MANSELL ENGEL & COLE
204 North Robinson, 21st Floor
Oklahoma City, Oklahoma 73102-7201
T: (405) 232-4100 ** F: (405) 232-4140
Firm Email: mec@meclaw.net

This Summons was served on 3/25/19
(date of service)

_____
(signature of person serving summons)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER IN CONNECTION WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Ensure items 1, 2, and 3 are completed.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: ( ☐ Addressee or ☐ Agent )<br>X _[signature]_ |
| | B. Received By: (Printed Name) _Softey Miller_    C. Date of Delivery _3/25/18_ |
| 1. Article Addressed to:<br>Automobile Club of Oklahoma, dba<br>AAA Oklahoma<br>2121 E. 15th Street<br>Tulsa OK 74104-4613 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| [barcode]<br>9490 9118 9956 0685 3236 32 | 3. Service Type<br>☑ Certified Mail® |
| 2. Article Number (Transfer from service label)<br>9415 5118 9956 0685 3236 28 | |

PS Form 3811 Facsimile, July 2015 (SDC 3930)      Domestic Return Receipt