# EXHIBIT 8



*1043159324*

**FILED** IN DISTRICT COURT
OKLAHOMA COUNTY

APR - 3 2019

RICK WARREN
COURT CLERK

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
### STATE OF OKLAHOMA

RUSS GODFREY and NATALIE GODFREY,

Plaintiffs,

v.

CSAA FIRE & CASUALTY INSURANCE
COMPANY; AND AUTOMOBILE CLUB
OF OKLAHOMA dba AAA OKLAHOMA;

Defendants.

42____

Case No: **CJ-2018-7124**

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT:  **CSAA FIRE & CASUALTY INSURANCE COMPANY**
c/o Oklahoma Department of Insurance
P.O. Box 53408
OKLAHOMA CITY, OK 73152-3408

You have been sued by the above-named Plaintiff, and you are directed to file a written Answer to the attached Amended Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorneys for the Plaintiff. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

If Interrogatories and Request for Production of Documents are served with this Amended Petition, you are directed to answer the Interrogatories and produce the documents requested within **forty-five (45) days** after service of these Interrogatories and Request for Production of Documents.

Issued this _27th_ day of _December_, 2018.

RICK WARREN, COURT CLERK

By: _____

[Seal]

ATTORNEYS FOR PLAINTIFF:
  Steven S. Mansell, OBA #10584
  Mark A. Engel, OBA #10796
  Kenneth G. Cole, OBA #11792
  M. Adam Engel, OBA #32384
  MANSELL ENGEL & COLE
  204 North Robinson, 21st Floor
  Oklahoma City, Oklahoma  73102-7201
  T: (405) 232-4100 ** F:  (405) 232-4140
  Firm Email:  mec@meclaw.net

This Summons was served on _____
                              (date of service)

                              _____
                              (signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER IN CONNECTION WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

**U.S. Postal Service**
**Certified Mail Receipt**

OUTBOUND TRACKING NUMBER
9415 5118 9956 0694 2573 77

RETURN RECEIPT TRACKING NUMBER
9490 9118 9956 0694 2570 17

ARTICLE ADDRESS TO:

Oklahoma Insurance Department
Attention: Legal Department
Five Corporate Plaza
3625 N.W. 56th St., Ste 100
Oklahoma City OK 73112-4511

| FEES | |
|---|---|
| Postage per piece | $4.100 |
| Certified Fee | $3.500 |
| Return Receipt Fee | $2.800 |
| Total Postage & Fees: | $10.400 |

Postmark
Here

---

**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oklahoma Insurance Department
Attention: Legal Department
Five Corporate Plaza
3625 N.W. 56th St., Ste 100
Oklahoma City OK 73112-4511

2. Article Number (Transfer from service label)
9415 5118 9956 0694 2573 77

9490 9118 9956 0694 2570 17

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ Addressee or ☐ Agent)
X

B. Received By: (Printed Name)     C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

RECEIVED
MAY 2 9 2019
OKLAHOMA INSURANCE DEPT

3. Service Type
☑ Certified Mail®

Domestic Return Receipt

PS Form 3811 Facsimile, July 2015 (SDC 3630)