# EXHIBIT 11

 **CT Corporation**

**Service of Process Transmittal**
04/03/2019
CT Log Number 535227102

**TO:** Custodian of Records
CSAA INSURANCE EXCHANGE
3055 Oak Rd MS W290
Walnut Creek, CA 94597-2098

**RE:** **Process Served in Oklahoma**

**FOR:** CSAA Fire & Casualty Insurance Company (Domestic State: IN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | RUSS GODFREY and NATALIE GODFREY, Pltf. vs. CSAA FIRE & CASUALTY INSURANCE COMPANY and AUTOMOBILE CLUB OF OKLAHOMA, etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Notice(s), Summons, Entry(s), Petition, First Request(s) |
| **COURT/AGENCY:** | Oklahoma County District Court, OK
Case # CJ20187124 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Oklahoma City, OK |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 04/03/2019 postmarked on 04/02/2019 |
| **JURISDICTION SERVED :** | Oklahoma |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days of service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Mark A. Engel
Mansell Engel & Cole
204 North Robinson, 21st Floor
Oklahoma City, OK 73102
(405) 232-4100 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/04/2019, Expected Purge Date: 04/09/2019

Image SOP

Email Notification, Custodian of Records custodianofrecords@csaa.com |
| **SIGNED:** | The Corporation Company |
| **ADDRESS:** | 1833 South Morgan Road
Oklahoma City, OK 73128 |
| **TELEPHONE:** | 214-932-3601 |

Page 1 of 1 / SM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# OKLAHOMA INSURANCE DEPARTMENT



FIVE CORPORATE PLAZA
3625 NW 56TH, SUITE 100
OKLAHOMA CITY, OK 73112
WWW.OID.OK.GOV

LEGAL DIVISION
PHONE: 405.521.2746
FAX: 405.522.0125

GLEN MULREADY
INSURANCE COMMISSIONER

April 1, 2019

CSAA FIRE & CASUALTY INSURANCE
COMPANY
3055 OAK RD MS W330
WALNUT CREEK    CA    94597

RE:  CJ20187124
     In the District Court in OKLAHOMA
     State of Oklahoma
     RUSS GODFREY AND NATALIE GODFREY
                vs
     CSAA FIRE & CASUALTY INSURANCE
     COMPANY

Dear Sir or Madam:

Enclosed is a copy of the above captioned summons
served on the Insurance Commissioner as designated agent
for service of process of foreign insurance companies doing
business in the State of Oklahoma (36 O.S. section 621(B)).

Sincerely,

JOHN DOAK
Insurance Commissioner

*Maria Torres* (signature)

Maria Torres                    Legal Department

dp/enclosure

THE CORPORATION COMPANY
1833 SOUTH MORGAN ROAD
OKLAHOMA CITY    OK    73128

0292

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

| RUSS GODFREY and NATALIE GODFREY, Plaintiffs, v. CSAA FIRE & CASUALTY INSURANCE COMPANY; AND AUTOMOBILE CLUB OF OKLAHOMA dba AAA OKLAHOMA; Defendants. | Case No: **CJ-2018-7124** |
|---|---|

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:** CSAA FIRE & CASUALTY INSURANCE COMPANY
c/o Oklahoma Department of Insurance
P.O. Box 53408
OKLAHOMA CITY, OK 73152-3408

You have been sued by the above-named Plaintiff, and you are directed to file a written Answer to the attached Amended Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorneys for the Plaintiff. Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

If Interrogatories and Request for Production of Documents are served with this Amended Petition, you are directed to answer the Interrogatories and produce the documents requested within forty-five (45) days after service of these Interrogatories and Request for Production of Documents.

Issued this 27th day of December, 2018.

RICK WARREN, COURT CLERK

By: _____

[Seal]

ATTORNEYS FOR PLAINTIFF:
Steven S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Kenneth G. Cole, OBA #11792
M. Adam Engel, OBA #32384
MANSELL ENGEL & COLE
204 North Robinson, 21st Floor
Oklahoma City, Oklahoma 73102-7201
T: (405) 232-4100 ** F: (405) 232-4140
Firm Email: mec@meclaw.net

This Summons was served on _____
(date of service)

_____
(signature of person serving summons)

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER IN CONNECTION WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**