## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUSS GODFREY, and NATALIE GODFREY,<br><br>                          Plaintiffs,<br><br>v.<br><br>CSAA FIRE & CASUALTY INSURANCE COMPANY,<br><br>                          Defendant. | Case No: 5:19-cv-329 G |

### PLAINTIFFS' EXPERT WITNESS LIST

Pursuant to the current Scheduling Order [Doc. 15] filed on July 1, 2019 and Fed.

R. Civ. Proc. 26(a)(2), Plaintiffs submit the following designation of expert witnesses:

1.     Sean Wiley
       JW Construction Management & Construction Consulting
       P.O. Box 206
       Dibble, OK  73031
       405-510-6260

Mr. Wiley is a retained expert who will testify based upon his expertise

consistent with his report and estimate which are being provided to Defendant's

counsel under separate cover.

2.     Allan Lippoldt
       Ultimate Roofing & Construction
       4321 SE 33rd Street
       Oklahoma City, OK 73115
       (405) 863-1931

Mr. Lippoldt is not a retained expert. He is a fact witness with expertise in

roofing and construction. Thus, some of his testimony may involve expert opinions

which were provided to Defendant in written and oral formats during the subject claim.

**MANSELL ENGEL & COLE**

By: s/ Keith F. Givens
    Steven S. Mansell, OBA #10584
    Mark A. Engel, OBA #10796
    Kenneth G. Cole, OBA #11792
    M. Adam Engel, OBA #32384
    Keith F. Givens, OBA #16501
    204 North Robinson Avenue, 21st Floor
    Oklahoma City, OK 73102-7001
    T: (405) 232-4100 ** F: (405) 232-4140
    kgivens@meclaw.net

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 21, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Gerard F. Pignato, Esq.
Joshua K. Hefner, Esq.

**ATTORNEYS FOR DEFENDANT,**
**CSAA FIRE AND CASUALTY INSURANCE**

<u>s/ Keith F. Givens</u>