# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| RUSS GODFREY, and NATALIE GODFREY, | |
|---|---|
| Plaintiffs, | |
| v. | Case No: 5:19-cv-329 G |
| CSAA FIRE & CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

## PLAINTIFFS' FINAL EXHIBIT LIST

Pursuant to this Court's Scheduling Order [Doc. 15], Plaintiffs submit the following Exhibit List. Since discovery is ongoing, Plaintiffs reserve the right to amend and/or supplement their List based upon new information received through discovery.

| No. | Documents |
|---|---|
| 1. | Certified copy of insurance policy issued to Plaintiffs by Defendant |
| 2. | All documents related to subject claim in the possession of Defendant (hard-copy, electronic or otherwise) including, but not limited to: CSAA_GODFREY 000001 - 00668 |
| 3. | Guidelines, standards and reference materials applicable to Defendant's handling of property claims |
| 4. | Agent's file associated with subject policy and claim |
| 5. | Underwriting file associated with subject policy and claim |
| 6. | Defendant's annual statements |
| 7. | All estimates generated at request of Plaintiffs or Defendant related to subject property |
| 8. | All reports and investigative documents related to subject property to which Plaintiffs do not object |

| No. | Documents |
| --- | --- |
| 9. | Documents, correspondence and evidence generated or received by Michael White and/or US Adjusting Services in relation to subject property or claim |
| 10. | Correspondence exchanged between Plaintiffs, Defendant and/or contractors regarding the subject property or claim |
| 11. | Photographs of subject property to which Plaintiffs do not object |
| 12. | Video footage of subject property to which Plaintiffs do not object |
| 13. | Oklahoma's Unfair Claim Settlement Practices Act. |
| 14. | Depositions taken during this case to which Plaintiffs do not object |
| 15. | Exhibits to depositions taken during this case to which Plaintiffs do not object |
| 16. | Documents and evidence received by Plaintiffs in connection with subject claim to which Plaintiffs do not object |
| 17. | Documents and evidence received by Defendant in connection with subject claim to which Plaintiffs do not object |
| 18. | Documents and evidence relied upon by Plaintiffs' experts or contained in such experts' files |
| 19. | Documents and evidence relied upon by Defendant's experts or contained in such experts' files |
| 20. | Documents and evidence requested by Plaintiffs in discovery |
| 21. | Documents memorializing work performed by Michael White and/or US Adjusting Services at Defendant's request to which Plaintiffs do not object |
| 22. | Documents memorializing income received for work performed by Michael White and/or US Adjusting Services at Defendant's request to which Plaintiffs do not object |
| 23. | Recordings of conversations between Plaintiffs, Defendant and/or contractors regarding subject property or claim |
| 24. | Invoices, receipts, statements and other documents associated with repairs needed by subject property |
| 25. | Documents, estimates, photographs, video and/or reports generated by Ultimate Roofing & Construction |
| 26. | Documents and evidence produced by Defendant in discovery |

| No. | Documents |
|---|---|
| 27. | Documents and evidence produced in response to Subpoenas issued by any party |
| 28. | Photographs, video and other media memorializing damages sustained by Plaintiffs' home |
| 29. | Affidavits signed by Defendant's employees or representatives to which Plaintiffs do not object |
| 30. | Estimate(s) prepared by Sean Wiley |
| 31. | Photographs taken by Sean Wiley |
| 32. | Exhibits needed for rebuttal of issues or evidence introduced by Defendant and/or its experts or fact witnesses |
| 33. | Documents or evidence identified by Defendant to which Plaintiffs do not object |
| 34. | Documents or evidence identified during discovery or trial preparation to which Plaintiffs do not object |
| 35. | Demonstrative exhibits for trial to which Plaintiffs do not object |

**MANSELL ENGEL & COLE**

By: s/ Keith F. Givens
Mark A. Engel, OBA #10796
Keith F. Givens, OBA # 16501
204 North Robinson Avenue, 21st Floor
Oklahoma City, OK 73102-7001
T: (405) 232-4100 ** F: (405) 232-4140
E-mail:  mengel@meclaw.net
                kgivens@meclaw.net

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Gerard F. Pignato (jerry@rkcglaw.com)
Joshua K. Hefner (joshua@rkcglaw.com)

**ATTORNEYS FOR DEFENDANT –
CSAA FIRE AND CASUALTY INSURANCE**

                                                                     s/ Keith F. Givens