**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| RUSS GODFREY, and NATALIE GODFREY, | |
|---|---|
| Plaintiffs, | |
| v. | Case No: 5:19-cv-329 G |
| CSAA FIRE & CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

**PLAINTIFFS' FINAL WITNESS LIST**

Pursuant to this Court's Scheduling Order [Doc. 15], Plaintiffs submit the following Witness List. Since discovery is ongoing, Plaintiffs reserve the right to amend and/or supplement their List based upon new information received through discovery.

| No. | Name and Address | Testimony |
|---|---|---|
| 1. | Russ Godfrey<br>c/o Mansell Engel & Cole<br>204 N. Robinson Ave., 21st Floor<br>Oklahoma City, OK 73102 | Insurance policies issued on subject property; denial of subject claim; damages caused by such denial; scope, amount and cause of damages sustained by Plaintiffs' home; history of subject property; benefits wrongfully withheld by Defendant; repairs that Plaintiffs' home required and payments made for such repairs; inspections and estimates related to Plaintiffs' home; communications with Defendant and individuals associated with Defendant; issues raised by Defendant |

| No. | Name and Address | Testimony |
|---|---|---|
| 2. | Natalie Godfrey<br>c/o Mansell Engel & Cole<br>204 N. Robinson Ave., 21st Floor<br>Oklahoma City, OK 73102 | Insurance policies issued on subject property; denial of subject claim; damages caused by such denial; scope, amount and cause of damages sustained by Plaintiffs' home; history of subject property; benefits wrongfully withheld by Defendant; repairs that Plaintiffs' home required and payments made for such repairs; inspections and estimates related to Plaintiffs' home; communications with Defendant and individuals associated with Defendant; issues raised by Defendant |
| 3. | Sayde Brooks, Claims Adjuster<br>c/o Jerry Pignato<br>119 N. Robinson Ave., 11th Floor<br>Oklahoma City, OK 73102 | Investigation, evaluation and denial of Plaintiffs' claim; nature, cause and extent of damages sustained by Plaintiffs' home; coverages applicable to Plaintiffs' claim; guidelines, standards and reference materials applicable to Defendant's handling of property claims; inspections and estimates related to Plaintiffs' home; communications with Plaintiffs and other individuals with knowledge of subject claim; issues raised by Defendant |
| 4. | Mark Costello, Claims Adjuster<br>c/o Jerry Pignato<br>119 N. Robinson Ave., 11th Floor<br>Oklahoma City, OK 73102 | Investigation, evaluation and denial of Plaintiffs' claim; nature, cause and extent of damages sustained by Plaintiffs' home; coverages applicable to Plaintiffs' claim; guidelines, standards and reference materials applicable to Defendant's handling of property claims; inspections and estimates related to Plaintiffs' home; communications with Plaintiffs and other individuals with knowledge of subject claim; issues raised by Defendant |

| No. | Name and Address | Testimony |
|---|---|---|
| 5. | Alana Hare, Claims Adjuster<br>c/o Jerry Pignato<br>119 N. Robinson Ave., 11th Floor<br>Oklahoma City, OK 73102 | Investigation, evaluation and denial of Plaintiffs' claim; nature, cause and extent of damages sustained by Plaintiffs' home; coverages applicable to Plaintiffs' claim; guidelines, standards and reference materials applicable to Defendant's handling of property claims; inspections and estimates related to Plaintiffs' home; communications with Plaintiffs and other individuals with knowledge of subject claim; topics in future Deposition Notices; issues raised by Defendant |
| 6. | Michael White, Adjuster<br>US Adjusting Services<br>4090 S. Regent<br>Wichita Falls, TX  76308 | Inspections and estimates performed at Defendant's request; guidelines, rules and restrictions applicable to work performed at Defendant's request; revenue sought or received from work performed at Defendant's request; nature, cause and extent of damages sustained by Plaintiffs' home; inspections and estimates related to Plaintiffs' home; contacts with Defendant and/or individuals associated with Defendant; issues raised by Defendant |
| 7. | Grace McCay, Claims Adjuster<br>c/o Jerry Pignato<br>119 N. Robinson Ave., 11th Floor<br>Oklahoma City, OK 73102 | Investigation, evaluation and denial of Plaintiffs' claim; nature, cause and extent of damages sustained by Plaintiffs' home; coverages applicable to Plaintiffs' claim; guidelines, standards and reference materials applicable to Defendant's handling of property claims; inspections and estimates related to Plaintiffs' home; communications with Plaintiffs and other individuals with knowledge of subject claim; issues raised by Defendant |

| No. | Name and Address | Testimony |
|---|---|---|
| 8. | April Davidson, Claims Adjuster<br>c/o Jerry Pignato<br>119 N. Robinson Ave., 11th Floor<br>Oklahoma City, OK 73102 | Investigation, evaluation and denial of Plaintiffs' claim; nature, cause and extent of damages sustained by Plaintiffs' home; coverages applicable to Plaintiffs' claim; guidelines, standards and reference materials applicable to Defendant's handling of property claims; inspections and estimates related to Plaintiffs' home; communications with Plaintiffs and other individuals with knowledge of subject claim; issues raised by Defendant |
| 9. | Aimee Brennan, Claims Adjuster<br>c/o Jerry Pignato<br>119 N. Robinson Ave., 11th Floor<br>Oklahoma City, OK 73102 | Investigation, evaluation and denial of Plaintiffs' claim; nature, cause and extent of damages sustained by Plaintiffs' home; coverages applicable to Plaintiffs' claim; guidelines, standards and reference materials applicable to Defendant's handling of property claims; inspections and estimates related to Plaintiffs' home; communications with Plaintiffs and other individuals with knowledge of subject claim; issues raised by Defendant |
| 10. | Stephen Butler, Claims Adjuster<br>c/o Jerry Pignato<br>119 N. Robinson Ave., 11th Floor<br>Oklahoma City, OK 73102 | Investigation, evaluation and denial of Plaintiffs' claim; nature, cause and extent of damages sustained by Plaintiffs' home; coverages applicable to Plaintiffs' claim; guidelines, standards and reference materials applicable to Defendant's handling of property claims; inspections and estimates related to Plaintiffs' home; communications with Plaintiffs and other individuals with knowledge of subject claim; issues raised by Defendant |

| No. | Name and Address | Testimony |
|---|---|---|
| 11. | Paula Fairchild, Claims Adjuster<br>c/o Jerry Pignato<br>119 N. Robinson Ave., 11th Floor<br>Oklahoma City, OK 73102 | Investigation, evaluation and denial of Plaintiffs' claim; nature, cause and extent of damages sustained by Plaintiffs' home; coverages applicable to Plaintiffs' claim; guidelines, standards and reference materials applicable to Defendant's handling of property claims; inspections and estimates related to Plaintiffs' home; communications with Plaintiffs and other individuals with knowledge of subject claim; issues raised by Defendant |
| 12. | Joseph Hough, Claims Adjuster<br>c/o Jerry Pignato<br>119 N. Robinson Ave., 11th Floor<br>Oklahoma City, OK 73102 | Investigation, evaluation and denial of Plaintiffs' claim; nature, cause and extent of damages sustained by Plaintiffs' home; coverages applicable to Plaintiffs' claim; guidelines, standards and reference materials applicable to Defendant's handling of property claims; inspections and estimates related to Plaintiffs' home; communications with Plaintiffs and other individuals with knowledge of subject claim; issues raised by Defendant |
| 13. | Allen Lippoldt<br>Ultimate Roofing and Construction<br>4321 SE 33rd Street<br>Oklahoma City, OK 73115 | Nature, cause and extent of damages sustained by Plaintiffs' home; repairs that Plaintiffs' home required; inspections and estimates related to Plaintiffs' home; communications with Defendant and/or individuals associated with Defendant; issues raised by Defendant |

| No. | Name and Address | Testimony |
|---|---|---|
| 14. | Colby Roberts<br>Ultimate Roofing and Construction<br>4321 SE 33rd Street<br>Oklahoma City, OK 73115 | Nature, cause and extent of damages sustained by Plaintiffs' home; repairs that Plaintiffs' home required; inspections and estimates related to Plaintiffs' home; communications with Defendant and/or individuals associated with Defendant; issues raised by Defendant |
| 15. | Dusty Smith<br>Ultimate Roofing and Construction<br>4321 SE 33rd Street<br>Oklahoma City, OK 73115 | Nature, cause and extent of damages sustained by Plaintiffs' home; repairs that Plaintiffs' home required; inspections and estimates related to Plaintiffs' home; communications with Defendant and/or individuals associated with Defendant; issues raised by Defendant |
| 16. | Sean Wiley<br>JW Construction Management<br>237 NW 60th, Suite A<br>Oklahoma City, OK 73118 | Issues and opinions referenced in report produced on October 21, 2019 per Scheduling Order [Doc. 15] |
| 17. | Other employees or representatives of Defendant whose identities are unknown at this time | |
| 18. | Witness needed for rebuttal of issues or evidence introduced by Defendant | |
| 19. | Witnesses identified by Defendant to whom Plaintiffs do not object | |
| 20. | Witnesses identified during remaining discovery | |

**MANSELL ENGEL & COLE**

By: s/ Keith F. Givens
Mark A. Engel, OBA #10796
Keith F. Givens, OBA #16501
204 North Robinson Avenue, 21st Floor
Oklahoma City, OK 73102-7001
T: (405) 232-4100 ** F: (405) 232-4140
kgivens@meclaw.net

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Gerard F. Pignato (jerry@rkcglaw.com)
Joshua K. Hefner (joshua@rkcglaw.com)

**ATTORNEYS FOR DEFENDANT –
CSAA FIRE AND CASUALTY INSURANCE**

                                              s/ Keith F. Givens