# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUSS GODFREY and<br>NATALIE GODFREY,<br><br>    Plaintiffs,<br><br>v.<br><br>CSAA FIRE & CASUALTY<br>INSURANCE COMPANY,<br>a foreign corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: CIV-19-329-G<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S FINAL WITNESS LIST

Pursuant to this Court's Scheduling Order [Doc No. 15], Defendant, CSAA Fire & Casualty Insurance Company, submits the following Witness List. Because discovery is ongoing, Defendant reserves the right to amend and/or supplement this list based upon new information received through discovery.

## FINAL WITNESS LIST

| NO. | NAME & ADDRESS | PROPOSED TESTIMONY |
|---|---|---|
| 1. | Russ Godfrey<br>c/o MANSELL ENGEL & COLE<br>204 North Robinson Ave., 21st Floor<br>Oklahoma City, Oklahoma 73102 | To be deposed; all relevant issues; insurance policies issued on subject property; investigation and handling of subject claims; prior claims and lawsuits. |
| 2. | Natalie Godfrey<br>c/o MANSELL ENGEL & COLE<br>204 North Robinson Ave., 21st Floor<br>Oklahoma City, Oklahoma 73102 | To be deposed; all relevant issues; insurance policies issued on subject property; investigation and handling of subject claims. |

| No. | Name & Address | Proposed Testimony |
|---|---|---|
| 3. | Sayde Brooks, Claims Adjuster<br>CSAA Fire & Casualty Insurance Co.<br>3100 Quail Springs Parkway<br>Oklahoma City, Oklahoma  73134 | To be deposed; investigation and handling of Plaintiffs' claim. |
| 4. | Mark Costello, Claims Adjuster<br>CSAA Fire & Casualty Insurance Co.<br>3312 West Charleston Boulevard<br>Las Vegas, Nevada  89102 | To be deposed; investigation and handling of Plaintiffs' claim. |
| 5. | Alana Hare, Claims Adjuster<br>CSAA Fire & Casualty Insurance Co.<br>3100 Quail Springs Parkway<br>Oklahoma City, Oklahoma  73134 | To be deposed; investigation and handling of Plaintiffs' claim. |
| 6. | Michael White, Independent Adjuster<br>US Adjusting Services<br>4090 South Regent<br>Wichita Falls, Texas  76308 | Inspections and estimates performed; method of compensation; discussion of what an independent adjuster does. |
| 7. | Grace McCay, Claims Adjuster<br>CSAA Fire & Casualty Insurance Co.<br>3312 West Charleston Boulevard<br>Las Vegas, Nevada  89102 | To be deposed; investigation and handling of Plaintiffs' claim. |
| 8. | Stephen Butler, Claims Adjuster<br>CSAA Fire & Casualty Insurance Co.<br>3100 Quail Springs Parkway<br>Oklahoma City, Oklahoma  73134 | To be deposed; investigation and handling of Plaintiffs' claim. |
| 9. | Joseph Hough, Claims Adjuster<br>CSAA Fire & Casualty Insurance Co.<br>3100 Quail Springs Parkway<br>Oklahoma City, Oklahoma  73134 | To be deposed; investigation and handling of Plaintiffs' claim. |
| 10. | All witnesses listed by Plaintiffs unless objected to by this Defendant. | |
| 11. | All witnesses identified during remaining discovery. | |

        Respectfully submitted,

        s/ Gerard F. Pignato
        Gerard F. Pignato, OBA No. 11473
        Matthew C. Kane, OBA No. 19502
        Joshua K. Hefner, OBA No. 30870
        RYAN WHALEY COLDIRON JANTZEN
          PETERS & WEBBER PLLC
        900 Robinson Renaissance
        119 North Robinson Avenue
        Oklahoma City, Oklahoma  73102
        Telephone:   405-239-6040
        Facsimile:    405-239-6766
        Email:          jerry@ryanwhaley.com
                        mkane@ryanwhaley.com
                        jhefner@ryanwhaley.com
        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Steven S. Mansell, Esquire
    Mark A. Engel, Esquire
    Kenneth G. Cole, Esquire
    M. Adam Engel, Esquire
    Keith F. Givens, Esquire
    MANSELL ENGEL & COLE

        s/ Gerard F. Pignato
        For the Firm