# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUSS GODFREY and NATALIE GODFREY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CSAA FIRE & CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.: CIV-19-329-G<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S FINAL EXHIBIT LIST

Pursuant to this Court's Scheduling Order [Doc No. 15], Defendant, CSAA Fire & Casualty Insurance Company, submits the following Exhibit List. Because discovery is ongoing, Defendant reserves the right to amend and/or supplement this list based upon new information received through discovery.

## FINAL EXHIBIT LIST

| | |
|---|---|
| 1. | Certified copy of insurance policy issued to Plaintiffs, including declarations pages and all endorsements. |
| 2. | All relevant documents contained in CSAA's claim file. |
| 3. | Correspondence exchanged between Plaintiffs and contractors regarding the subject property or claim, not contained within CSAA's claim file. |
| 4. | All documents contained within Michael White's/US Adjusting Services' file in connection with the subject claim. |
| 5. | All exhibits listed by Plaintiffs unless objected to by Defendant. |
| 6. | All documents or evidence identified during discovery or trial preparation to which Defendant does not object. |

        Respectfully submitted,

        s/ Gerard F. Pignato
        Gerard F. Pignato, OBA No. 11473
        Matthew C. Kane, OBA No. 19502
        Joshua K. Hefner, OBA No. 30870
        RYAN WHALEY COLDIRON JANTZEN
          PETERS & WEBBER PLLC
        900 Robinson Renaissance
        119 North Robinson Avenue
        Oklahoma City, Oklahoma  73102
        Telephone:   405-239-6040
        Facsimile:    405-239-6766
        Email:          jerry@ryanwhaley.com
                      mkane@ryanwhaley.com
                      jhefner@ryanwhaley.com
        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I hereby certify that on November 18, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Steven S. Mansell, Esquire
    Mark A. Engel, Esquire
    Kenneth G. Cole, Esquire
    M. Adam Engel, Esquire
    Keith F. Givens, Esquire
    MANSELL ENGEL & COLE

        s/ Gerard F. Pignato
        For the Firm