# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUSS GODFREY and<br>NATALIE GODFREY,<br><br>      Plaintiffs,<br><br>v.<br><br>CSAA FIRE & CASUALTY<br>INSURANCE COMPANY,<br>a foreign corporation,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: CIV-19-329-G<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S OBJECTIONS TO PLAINTIFFS' FINAL EXHIBIT LIST

The Defendant, pursuant to this Court's Scheduling Order [Doc No. 15], submits the following Objections to Plaintiffs' Final Exhibit List in the above case.

1. Defendant intends to file a Motion for Partial Summary Judgment with respect to Plaintiffs' bad faith and punitive damages claims. If that Motion is granted, it will render moot and/or inadmissible Plaintiffs' Exhibit Nos. 2-6, and 13 in Plaintiffs' Final Exhibit List. Accordingly, to that extent, Defendant objects to these Exhibits on grounds of relevance (402, 403) and hearsay (801 *et seq.*).

2. Plaintiffs' Exhibit Nos. 3, 4, 5, 9, 10, 14, 24, 25, 26, and 27 are vague, overly broad, and have not been produced to date. Accordingly, without having an opportunity to inspect these documents/exhibits, CSAA reserves the right to further object at a later date if/when these documents are produced for inspection. At the present time, however, CSAA also objects on grounds of relevance (402, 403) and hearsay (801 *et seq.*).

3. Plaintiffs' Exhibit Nos. 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 26, 27, 28, 29, 32, 33, 34, and 35 are descriptions of categories of exhibits that are not properly identified. These documents have not been produced to date. Accordingly, Defendant reserves the right to further object if/when these documents are produced for inspection. As further objection, CSAA objects on the grounds of relevance (402, 403) and hearsay (801 *et seq.*).

Respectfully submitted,

s/ Gerard F. Pignato
Gerard F. Pignato, OBA No. 11473
Matthew C. Kane, OBA No. 19502
Joshua K. Hefner, OBA No. 30870
RYAN WHALEY COLDIRON JANTZEN
  PETERS & WEBBER PLLC
900 Robinson Renaissance
119 North Robinson Avenue
Oklahoma City, Oklahoma  73102
Telephone:   405-239-6040
Facsimile:   405-239-6766
Email:        jerry@ryanwhaley.com
              mkane@ryanwhaley.com
              jhefner@ryanwhaley.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Steven S. Mansell, Esquire
Mark A. Engel, Esquire
Kenneth G. Cole, Esquire
M. Adam Engel, Esquire
Keith F. Givens, Esquire
MANSELL ENGEL & COLE

s/ Gerard F. Pignato
For the Firm