**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RUSS GODFREY, and NATALIE GODFREY,<br><br>      Plaintiffs,<br><br>v.<br><br>CSAA FIRE & CASUALTY INSURANCE COMPANY,<br><br>      Defendant. | Case No: 5:19-cv-329 G |

**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S FINAL EXHIBIT LIST**

Pursuant to the Scheduling Order entered herein [Doc. 15], Plaintiffs submit the following Objections to Defendant's Final Exhibit List [Doc. 23]:

| No. | Description | Objection(s) | Rule(s) Relied Upon |
|---|---|---|---|
| 1. | Certified copy of insurance policy issued to Plaintiffs, including declarations pages and all endorsements. | n/a | |
| 2. | All relevant documents contained in CSAA's claim file. | n/a | |
| 3. | Correspondence exchanged between Plaintiffs and contractors regarding the subject property or claim, not contained within CSAA's claim file. | n/a | |
| 4. | All documents contained within Michael White's/US Adjusting Services' file in connection with the subject claim. | Reserved until produced | Fed. R. Evid. 401-403, 801 *et seq.* |
| 5. | All exhibits listed by Plaintiffs unless objected to by Defendant. | n/a | |

| No. | Description | Objection(s) | Rule(s) Relied Upon |
|---|---|---|---|
| 6. | All documents or evidence identified during discovery or trial preparation to which Defendant does not object. | Reserved until produced | Fed. R. Evid. 401-403, 801 *et seq.* |

**MANSELL ENGEL & COLE**

By: s/ Keith F. Givens
Steven S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Keith F. Givens , OBA #16501
204 North Robinson Avenue, 21st Floor
Oklahoma City, OK 73102-7001
T: (405) 232-4100 ** F: (405) 232-4140
E-mail:  smansell@meclaw.net
mengel@meclaw.net
kgivens@meclaw.net

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 27, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Gerard F. Pignato (jerry@rkcglaw.com)
Joshua K. Hefner (joshua@rkcglaw.com)

**ATTORNEYS FOR DEFENDANT –
CSAA FIRE AND CASUALTY INSURANCE**

                                              s/ Keith F. Givens