# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUSS GODFREY and<br>NATALIE GODFREY,<br><br>    Plaintiffs,<br><br>v.<br><br>CSAA FIRE & CASUALTY<br>INSURANCE COMPANY,<br>a foreign corporation,<br><br>    Defendants. | Case No.: CIV-19-329-JD |

## DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION TO SCHEDULE SETTLEMENT CONFERENCE

The Defendant, CSAA Fire & Casualty Insurance Company ("CSAA"), respectfully objects to Plaintiffs' request to schedule a Settlement Conference in the above case. In support hereof, CSAA advises the Court:

1. On this date, CSAA has delivered or will deliver to Plaintiffs' counsel a Rule 68 Offer of Judgment. CSAA is unwilling at this time to negotiate above that number.

2. For the same reason, CSAA requests to be excused from mediation in this case. CSAA has or will make a reasonable offer of judgment on this date – an offer not intended to serve as an invitation to further negotiate.

WHEREFORE, the Defendant, CSAA, respectfully objects to Plaintiffs' Motion to set this case for Settlement Conference, and further requests this Court excuse this Defendant from mediation, as well.

Respectfully submitted,

s/ Gerard F. Pignato
Gerard F. Pignato, OBA No. 11473
Matthew C. Kane, OBA No. 19502
Joshua K. Hefner, OBA No. 30870
Susan F. Kane, OBA No. 19455
RYAN WHALEY COLDIRON JANTZEN
 PETERS & WEBBER PLLC
400 North Walnut Avenue
Oklahoma City, Oklahoma  73104
Telephone:   405-239-6040
Facsimile:    405-239-6766
Email:           jerry@ryanwhaley.com
                     mkane@ryanwhaley.com
                     jhefner@ryanwhaley.com
                     susanfkane@gmail.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Steven S. Mansell, Esquire
Mark A. Engel, Esquire
Kenneth G. Cole, Esquire
M. Adam Engel, Esquire
Keith F. Givens, Esquire
MANSELL ENGEL & COLE

s/ Gerard F. Pignato
For the Firm