# Exhibit 1

ALLEN LIPPOLDT                                    December 30, 2019
GODFREY vs CSAA                                                1—4

---

**Page 1**

```
 1          IN THE UNITED STATES DISTRICT COURT
 2       FOR THE WESTERN DISTRICT OF OKLAHOMA
 3   RUSS GODFREY, and NATALIE
     GODFREY,                    )
 4                               )
          Plaintiffs,            )
 5                               )
     -vs-                        ) No. 5:19-CV-329G
 6                               )
     CSAA FIRE & CASUALTY        )
 7   INSURANCE,                  )
                                 )
 8        Defendant.            )
 9
10
11
             VIDEOTAPED DEPOSITION OF
12
                 ALLEN LIPPOLDT
13
14
     TAKEN ON BEHALF OF THE DEFENDANT
15
        IN OKLAHOMA CITY, OKLAHOMA
16
17
          On DECEMBER 30, 2019
18
19               9:00 a.m.
20
21    REPORTED BY:  KASEY D. EGELSTON, CSR
22
23
24
25
```

---

**Page 2**

```
 1              A P P E A R A N C E S
 2   FOR THE PLAINTIFFS:
 3        KEITH F. GIVENS
          Attorney at Law
 4        MANSELL, ENGEL & COLE
          204 North Robinson Avenue, 21st Floor
 5        Oklahoma City, Oklahoma 73102-7001
          kgivens@meclaw.net
 6
     FOR THE DEFENDANT:
 7
          BRUCE ROBERTSON
 8        Attorney at Law
          RYAN, WHALEY
 9        400 North Walnut
          Oklahoma City, Oklahoma 73104
10        brobertson@ryanwhaley.com
11   ALSO PRESENT:
12        Bruce Rodgers, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 3**

```
 1              C O N T E N T S
 2                                          PAGE
 3   Stipulations. . . . . . . . . . . . . .     4
 4   Direct Examination by Mr. Robertson . . . .     5
 5   Cross Examination by Mr. Givens . . . . . . .    75
 6   Redirect Examination by Mr. Robertson . . . .    88
 7   Jurat . . . . . . . . . . . . . . . . . .    90
 8   Correction Sheet. . . . . . . . . . . . .    91
 9   Reporter's Certificate. . . . . . . . . . .    92
10
11         DEFENDANT'S INDEX OF EXHIBITS
12   Exhibit Number 1 Notice of Deposition. . . . . .    7
13   Exhibit Number 2 Letter to Mark Engel. . . . . .   32
14   Exhibit Number 3 Insurance Claim . . . . . . . .   50
15   Exhibit Number 4 Ultimate Roofing Damage Report, 52
16   Exhibit Number 5 Supplemental Report . . . . . .   52
17   Exhibit Number 6 Ultimate Roofing Damage Report, 52
18   Exhibit Number 7 Photos of the Damage. . . . . .   63
19
20
21
22
23
24
25
```

---

**Page 4**

```
 1              S T I P U L A T I O N S
 2
 3        It is hereby stipulated and agreed by and
 4   between the parties hereto, through their respective
 5   attorneys, that the videotaped deposition of ALLEN
 6   LIPPOLDT may be taken on behalf of the Defendant on
 7   December 30, 2019, in Oklahoma City, Oklahoma, by
 8   Kasey D. Egelston, Certified Shorthand Reporter
 9   within and for the State of Oklahoma, pursuant to
10   the Federal Rules of Civil Agreement.
11
12             **********
13
14
15
16
17
18
19
20
21
22
23
24
25
```



ALLEN LIPPOLDT
GODFREY vs CSAA

December 30, 2019
41—44

Page 41

1  minimal slopes, and we had the 2009 building code
2  and we did not have the regulations we have now
3  enforcing some of this stuff prior to --
4      Q   Enforcing the change in the design aspect
5  of it?
6      A   Well, enforcing compliance of roofing
7  contractors in the state to follow the building
8  codes.  So what was common every day roofing
9  practices that were accepted changed after the
10  Construction Industries Board forced registration
11  and compliance and weeded out some of the
12  contractors that were installing roofs poorly.
13      Q   Okay.  What changed as far as -- what used
14  to happen that doesn't happen now?
15      A   As far as the installation or the workers
16  doing it?
17      Q   Well, whatever the International Building
18  Code or construction processes you were talking
19  about -- the change in 2015.
20      A   So the biggest thing is the awareness for
21  the contractors.
22      Q   Awareness of what?
23      A   Of the building code SP followed.
24      Q   Okay.  Is the building code mainly dealing
25  with the slope for what?

Page 42

1      A   It is -- rephrase that.
2      Q   Okay.
3      A   I mean, there's a bunch of aspects, but one
4  of the main things is having a tapered roof system
5  so that it drains appropriately.  It's been code,
6  however, the regulation from the Construction
7  Industries Board, enforcing contractors to be
8  regulated has weeded out some of the contractors
9  that were just trying to throw up something on a
10  roof and get paid.  So we have better installers
11  following building codes, which is better
12  documented.
13      Q   Are you licensed?
14      A   I'm not.
15      Q   Okay.  Is there a licensing for
16  contractors?
17      A   There is a registration for residential and
18  there's a registration for commercial.
19      Q   Okay.  Are you registered?
20      A   I worked at the registry company that was
21  both commercially endorsed.
22      Q   Did you say you worked at a registry
23  company?
24      A   I worked with -- under -- the company doing
25  work was registered both for residential and

Page 43

1  commercial.
2      Q   Currently, you're not registered?
3      A   No.  I used to be registered.
4      Q   Okay.
5      A   Personally for residential.
6      Q   When were you registered for residential,
7  Mr. Lippoldt?
8      A   I would have to look on -- I don't know if
9  it would still show on the Construction Industries
10  Board website, but it's, I think, 2015-ish --
11      Q   Okay.
12      A   -- that I was registered.
13      Q   Were you just registered for a year?
14      A   Yeah.
15      Q   Is it yearly?
16      A   It's a yearly.  I was registered up until
17  November -- I know I got out of caring about all of
18  that November of 2016.  I think I let whatever I had
19  lapse, but I had -- I previously was registered to
20  do residential.
21      Q   So you indicated originally that you worked
22  with registered or for registered companies?
23      A   Uh-huh.
24      Q   And who were those?  Is that the ones you
25  already named?

Page 44

1      A   Ultimate Roofing Construction was
2  registered for both residential and commercial and
3  then I had my license.
4          MR. ROBERTSON:  All right.  We've been
5  going over an hour.  Why don't we take a five-minute
6  break.
7          THE VIDEOGRAPHER:  Off the record.
8      (Break was had from 10:03 to 10:13)
9          THE VIDEOGRAPHER:  Back on.
10      Q   (By Mr. Robertson)  Mr. Lippoldt, we've
11  taken a break and kind of stretched our legs a
12  little bit.  Do you understand you are still under
13  oath?
14      A   Yes.
15      Q   Have you had any type of specific seminars
16  on flat roofing at all?
17      A   No.
18      Q   Have you been charged with any crimes at
19  any time?
20      A   Yes.
21      Q   Tell me about that.
22      A   2002, 2:02 a.m., got pulled over.
23  Marijuana in my car.
24      Q   Okay.
25      A   And I escaped custody.

ALLEN LIPPOLDT
GODFREY vs CSAA

December 30, 2019
45–48

Page 45

1   Q  What does that mean?
2   A  They put me in a police car.
3   Q  Yeah.
4   A  And I got out of the police car and fleed.
5   Q  Did they put you in the police car with
6  handcuffs?
7   A  No.
8   Q  I was going to say that would be a trick.
9  Did you end up with a conviction as far as a result
10  of that?
11   A  Yeah.  I don't recall what they are.
12  There's four felonies.  One of them, I think, was
13  something to do with fleeing.  One of them was CDS
14  with intent to distribute.
15   Q  Was it marijuana?
16   A  Yeah.  And it's still a public record.
17   Q  Did you have to serve any time?
18   A  I don't -- I didn't.
19   Q  Did you get a suspended sentence?
20   A  Yes.
21   Q  Any others?
22   A  No, that I recall.  That was the last time
23  I got arrested.  I got arrested as a minor.
24   Q  What was that for?
25   A  I think for mooning somebody.

Page 46

1   Q  For what?  Manning somebody?
2   A  Mooning.
3   Q  Mooning.
4   A  From inside of the house I put my butt to
5  the window.  In 2002 was the last time I was ever in
6  trouble.
7   Q  Okay.  Good.
8   A  I think I was 18 or 19.
9   Q  On your phone system, does it type out or
10  can it type out or was it able to type out?
11   A  There was an app that I used for a few
12  weeks or a few months.  I think it was, like, Otter
13  or something to that nature.
14   Q  Audit?
15   A  Otter.  And it would transcribe phone
16  calls.
17   Q  What do you recall about -- as we sit here,
18  what do you recall about the outcome of the
19  Godfrey's roof?
20   A  I don't know what ever happened with it.
21  The last thing -- I don't remember when I sent this,
22  but I definitely remember this document.  I don't
23  know if I sent it directly to Mark Engel's office or
24  to Russ Godfrey to forward or whatever, but this is
25  kind of the end of what I remember.  (Indicating.)

Page 47

1   Q  Okay.
2   A  But as far as the experience, the last
3  thing I remember is that the adjuster that was out
4  there had agreed with the production or sales guy
5  from Ultimate Roofing that there was some damage and
6  that had changed.  Like what he wrote up to be
7  repaired and replaced that was damaged and was
8  changed.
9   Q  Do you have any training or dealings with
10  insurance policies?
11   A  Yeah.
12   Q  What training have you had with regard to
13  insurance policies?
14   A  Minimum, to get a public adjuster's
15  license.
16   Q  Are you a public adjuster?
17   A  Not any more.
18   Q  When did you have your public adjuster's
19  license?
20   A  I think in 2018, towards the end.  No, it
21  was sometime in 2018.  I only did one contract -- or
22  two different properties with one client, as a
23  public adjuster.
24   Q  What was your job as a public adjuster?
25   A  It was two commercial buildings.

Page 48

1   Q  Okay.  What did you do on those?
2   A  The same thing I do on any estimate or
3  building plan.
4   Q  What is a public adjuster?
5   A  Somebody who represents an insured to make
6  sure that their policy is covering what it's
7  supposed to.  And that's basically it.
8   Q  Were you a public adjuster at the time
9  you --
10   A  I don't think I was.
11   Q  -- dealt with the Godfrey home?
12   A  I don't think I was.
13   Q  Did you work for a public adjusting
14  company?
15   A  No.
16   Q  Did you just do it yourself?
17   A  Yeah.  I had my license.
18   Q  For how long?
19   A  I -- for the year.  I don't remember when I
20  got it exactly, but I think it would be in the file
21  somewhere.
22   Q  What type of -- do you have to take a test
23  to become a public adjuster?
24   A  Uh-huh.
25   Q  Yes?