# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUSS GODFREY, and NATALIE GODFREY,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CSAA FIRE & CASUALTY INSURANCE COMPANY,<br><br>　　　　　　　　　Defendant. | Case No: 5:19-cv-329 JD |

## PLAINTIFFS' DEPOSITION DESIGNATION – MARK S. COSTELLO

Pursuant to the Court's Scheduling Order, Plaintiffs submit this designation of deposition testimony for Mark S. Costello:

| PAGE | LINE | | PAGE | LINE |
|---|---|---|---|---|
| 4 | 15 | through | 5 | 18 |
| 6 | 9 | through | 6 | 24 |
| 8 | 9 | through | 8 | 10 |
| 8 | 21 | through | 8 | 25 |
| 9 | 9 | through | 9 | 23 |
| 14 | 23 | through | 15 | 2 |
| 25 | 21 | through | 26 | 2 |
| 28 | 16 | through | 29 | 7 |
| 44 | 23 | through | 47 | 19 |
| 49 | 17 | through | 53 | 15 |
| 65 | 11 | through | 70 | 15 |
| 84 | 4 | through | 84 | 14 |
| 85 | 5 | through | 85 | 8 |

| PAGE | LINE | | PAGE | LINE |
|---|---|---|---|---|
| 89 | 2 | through | 89 | 21 |
| 102 | 6 | through | 103 | 1 |
| 106 | 22 | through | 107 | 9 |
| 109 | 3 | through | 111 | 22 |
| 126 | 16 | through | 127 | 19 |
| 134 | 22 | through | 136 | 16 |
| 137 | 22 | through | 140 | 9 |
| 141 | 17 | through | 142 | 18 |
| 144 | 9 | through | 144 | 25 |
| 163 | 1 | through | 164 | 4 |
| 165 | 1 | through | 165 | 9 |
| 167 | 4 | through | 167 | 14 |
| 182 | 12 | through | 182 | 15 |

**MANSELL ENGEL & COLE**

By:    s/Keith F. Givens
Steven S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Keith F. Givens, OBA #16501
204 North Robinson Avenue, 21st Floor
Oklahoma City, OK 73102-7001
T: (405) 232-4100 ** F: (405) 232-4140
E-mail:  smansell@meclaw.net
          mengel@meclaw.net
          kgivens@meclaw.net

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2020, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Gerard F. Pignato (jerry@ryanwhaley.com)
Matthew C. Kane (mkane@ryanwhaley.com)
Joshua K. Hefner (joshua@ryanwhaley.com)
Susan F. Kane (susanfkane@gmail.com)

**ATTORNEYS FOR DEFENDANT – CSAA FIRE AND CASUALTY INSURANCE**

s/Keith F. Givens