# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

RUSS GODFREY and NATALIE )
GODFREY, )
                                                )
    Plaintiffs, )
                                                )
-vs- ) No. 5:19-cv-329-G
                                                )
CSAA FIRE & CASUALTY )
INSURANCE COMPANY, )
                                                )
    Defendant. )

\* \* \* \* \*

VIDEOTAPED DEPOSITION OF SAYDE DAWN BROOKS

TAKEN ON BEHALF OF THE PLAINTIFFS

IN OKLAHOMA CITY, OKLAHOMA

ON DECEMBER 20, 2019

COMMENCING AT 1:51 P.M.

\* \* \* \* \*

REPORTED BY: BETH A. McGINLEY, CSR, RPR

instaScript
101 Park Avenue, Suite 910
Oklahoma City, OK 73102
Phone: 405-605-6880  Fax: 405-605-6881

```
 1   because there's a list that pops up.  I think it would
 2   have just been U.S. Adjusting and 470.
 3        Q    Is that the numbers, 470?
 4        A    Yes, it's 470 Claims Management, I believe.
 5        Q    Did you ever have any problems with U.S.
 6   Adjusting, who they would send out to handle your claims?
 7        A    No.
 8        Q    Did you consider, in this claim, that Michael
 9   White did anything out of bounds?
10        A    No.
11        Q    Do you think it was just a dif- -- difference of
12   opinion about the cause?
13        A    Yes.
14        Q    Is there anything about what you saw in the
15   pictures or what you know about this claim that would
16   indicate his opinion was somehow out in left field?
17        A    To me, based on the -- like, the extent of the
18   damage to the roof, it was weird to me that he did say it
19   was because of the weight of ice and snow, and the way
20   the -- like, the way the damage looked, it just didn't
21   match it.
22             So I don't know if, like, saying "left field" is
23   the correct term, but it didn't make sense to me how he
24   came to that conclusion.
25        Q    How many ice damage to roof claims have you been
```