# EXHIBIT 2

# In the Matter Of:

## GODFREY vs CSAA

5:19-CV-329G

# NATALIE GODFREY

*December 09, 2019*



ESQUIRE DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

```
 1      Q    What time was it when you first --
 2      A    I don't know exactly what time it was.
 3      Q    Just dark out?
 4      A    Dark out.
 5      Q    Okay.  Before morning, is that what you're
 6   saying?
 7      A    That's the way I remember it.
 8      Q    Okay.  So at some point did you call
 9   somebody to come and help with the clean up?
10      A    Friends and family you mean?
11      Q    Anyone.
12      A    No.  I know that whenever it got to be
13   business hours, Russell called Triple A --
14      Q    Okay.
15      A    -- and reported that we had a problem.
16      Q    Okay.  Did anyone come that day to help?
17      A    I don't know if they did or if they didn't.
18      Q    Okay.  Did Ultimate Roofing come out that
19   day?
20      A    I don't know.
21      Q    How much time between noticing the leak and
22   damage from the water did you call -- was Triple A
23   called?
24      A    I don't know.  I didn't do it.
25      Q    Okay.  Did you say that Russell called?
```



```
 1      A    Russell handled the roof thing.
 2      Q    So did he have -- did he make any
 3   complaints known to you about his first initial
 4   conversation with Triple A?
 5      A    He just told me that they -- he called them
 6   and made a claim and that we were -- it was on the
 7   books to get it taken care of.
 8      Q    So what is the next thing that you remember
 9   related to this claim?
10      A    I remember that it kept leaking.  The roof
11   kept leaking.
12      Q    Okay.  Did anyone from -- did anyone come
13   out to try to address that issue?
14      A    At some point, and I don't know what days
15   these were, somebody put up tarps.  Somebody -- you
16   know, I don't know who.
17      Q    Okay.
18      A    I know that people came and looked at it.
19      Q    Okay.  Were you --
20      A    What was decided -- I was not involved in
21   it in any way.
22      Q    Were you present for those discussions?
23      A    Usually, no.  No.
24      Q    Okay.
25      A    And version of presence was, they were in
```



```
 1        A    I assume so.
 2        Q    Okay.  Do you know what remains owing on
 3   that loan?
 4        A    No.
 5        Q    So several messages -- well, let me strike
 6   that.
 7             Did you at any time speak to Triple A about
 8   this claim?
 9        A    No.
10        Q    And have you -- so your husband has
11   produced several messages and conversations between
12   Allen Lippoldt and Triple A.  Do you know who Allen
13   Lippoldt is?
14        A    No.
15        Q    Do you know why he would be calling Triple
16   A?  I mean, about this claim?
17        A    No.  I don't know him, so I don't know why
18   he would call.
19        Q    Okay.  Do you know how many times your
20   husband has called Triple A?
21        A    No.
22        Q    Do you know why Triple A denied coverage on
23   your home -- on your roof?
24        A    My husband hold me it was because they said
25   it was for wear and tear and not related to weather.
```



```
 1   handling of the claim?
 2        A    I don't know what they discussed with you.
 3        Q    Okay.  So you have asserted a bad faith
 4   claim against Triple A; is that correct?
 5        A    Yes.
 6        Q    In your mind, what does bad faith mean?
 7        A    In my mind, is that we paid our premiums
 8   every month like we were supposed to, that we put
 9   the care of our property in your hands and then
10   whenever we had an issue that -- weather-related
11   issue that should have been covered, and it was
12   denied.
13        Q    Okay.  And you've never -- again, I just
14   want to ask this to clarify.  You never had any
15   problems with Triple A's handling of the claims
16   before; correct?
17        A    I can't comment on the homeowners
18   insurance.  I can't think of anything off the top of
19   my head.  I don't know.  Because, again, 9 times out
20   of 10 Russ has handled things to do with Triple A.
21        Q    Okay.  Has he stated any displeasure with
22   previous claims on the homeowners insurance?
23        A    Not that I recall at this time.
24        Q    Okay.  What about your auto insurance, do
25   you have any complaints about how Triple A has
```



```
 1      Q    (By Ms. Kane)  Did you suffer financial
 2   losses that were separate and apart from the
 3   benefits you claim are owed under the contract?
 4      A    I don't understand the question.
 5      Q    Okay.  Did you suffer any other financial
 6   losses other than the cost of repairing the roof and
 7   repairs to the interior?
 8           MR. GIVENS:  Object to the form.
 9           THE WITNESS:  And the furniture.
10      Q    (By Ms. Kane)  Other than damages to the
11   interior or the roof, did you suffer any other
12   financial damages?
13      A    Not that I'm aware of.
14      Q    Okay.  Did you suffer any financial damages
15   specific to the handling of the claim rather than
16   the repair costs?
17      A    I don't know.
18      Q    What other financial damages are you
19   alleging besides repair costs already discussed
20   regarding the roof and the interior?
21      A    I don't know.
22      Q    Any loss of income?
23      A    Well, we're self-employed.
24      Q    Okay.  So did you lose any income due to
25   the handling of this claim?
```



```
 1        A    I don't know.  I mean, a person would have
 2   to be off work to go over there to do that stuff,
 3   but I don't know how much income you can assign to
 4   that.
 5        Q    Okay.  You stated before that you left all
 6   of this to your husband; correct?
 7        A    Correct.
 8        Q    So would it be fair to say you did not have
 9   any loss of income from this?
10        A    I personally, no.
11        Q    Okay.
12        A    But we have family income.
13        Q    Are you claiming that you have suffered
14   emotional distress from Triple A's handling of your
15   claim?
16        A    I claim it was very stressful.  It's
17   upsetting.
18        Q    Okay.
19        A    That all of this has had to go on.  We're
20   still having to deal with it.
21        Q    Did this emotional distress interfere with
22   your daily functioning?
23             MR. GIVENS:  Object to the form.
24             THE WITNESS:  No.  We just --
25        Q    (By Ms. Kane)  Okay.
```



```
 1      A    You know, you deal with stress.
 2      Q    Okay.  Have you sought any counseling,
 3   therapy --
 4      A    No.  I'm sorry.
 5      Q    That's okay.  Counseling, therapy or spoken
 6   to any clergy, therapist or doctor regarding
 7   emotional distress?
 8      A    No.
 9      Q    Or any other -- have you gone to any
10   counseling, therapy or spoken to a clergy, therapist
11   or doctor about the handling of this claim?
12      A    No.
13      Q    Have you ever been counseled over anything?
14      A    Ever?
15      Q    Yes.
16      A    Yeah.  For -- I had an unruly teenager 30
17   years ago, yeah.  But other than that, it had
18   nothing to do with this.
19      Q    Are you claiming any mental pain and
20   suffering?
21      A    All I claim is that it's a very stressful,
22   upsetting occurrence.
23      Q    Would you agree that water entering into
24   your home in and of itself is stressful?
25      A    Yes.
```



```
 1        Q    And the whole process is not something
 2   anybody would ever want to deal with if they had a
 3   choice; correct?
 4        A    That's correct.
 5        Q    I understand that you're not happy with the
 6   way the claim was handled, but you're always going
 7   to be put out in some way in a situation like this
 8   where it has leaked, aren't you?
 9        A    Yes.
10        Q    Are you claiming you suffered
11   embarrassment?
12        A    Embarrassment, no.
13        Q    Are you claiming a loss of reputation?
14        A    No.
15        Q    Are you claiming that Triple A breached a
16   contract with you?
17        A    Yes.
18        Q    And how do you think Triple A breached
19   their contract with you?
20        A    By arbitrarily just denying our claim when
21   they should have paid it.
22        Q    What do you base your statement on that
23   they arbitrarily denied your claim?
24        A    It's my understanding that -- by all
25   accounts, from everybody who looked at it and from
```

