# EXHIBIT 3

**In the Matter Of:**

GODFREY vs CSAA

5:19-CV-329G

# ALLEN LIPPOLDT

*December 30, 2019*



ESQUIRE DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

```
 1   could.
 2       Q    Okay.  What do you recall about the
 3   condition of the roof overall?  And I'm not talking
 4   about the sloped roof.  I'm talking about the flat
 5   roof.  Do you recall seeing quite a bit of wear and
 6   tear and deterioration?
 7             MR. GIVENS:  Object to the form.
 8             THE WITNESS:  There was some age to it,
 9   but there was also -- I don't see the photos, but
10   there were also holes in the membrane.  Like it was
11   an older roof.
12       Q    (By Mr. Robertson)  Do you recall how old
13   it was?
14       A    I couldn't tell.
15       Q    I'll hand you Exhibit 7.  Flip forward to
16   -- let's look at -- starting at -- show me when you
17   were at the -- let's go to -- down at the bottom it
18   says CSAA Godfrey 66.
19       A    (Witness complies.)
20             (Defendant's Exhibit Number 7 was
21              marked for identification purposes and
22              made a part of the record.).
23       Q    (By Mr. Robertson)  Is that one of the flat
24   roofs that was leaking?
25       A    Yes.
```



```
 1      Q    Is that one of the ones that you estimated
 2   and determined that needed to be replaced?
 3      A    Yes.
 4      Q    Do you see signs of wear and tear on that
 5   roof in any one of those photos on that page?
 6      A    I saw signs of wear and tear on this roof.
 7      Q    Okay.  And deterioration?
 8      A    Yeah.  Natural -- yeah.
 9      Q    Go to 67, the next page.  And you'll see
10   that those two photos on the right it says "damage
11   due to weight of ice."  I believe these are the
12   photos that were taken by Mr. White.
13           Do you see the rippling there?  The
14   waviness?
15      A    Yeah.
16      Q    Wouldn't that be indications of
17   deterioration?
18           MR. GIVENS:  Object to the form.
19      Q    (By Mr. Robertson)  You can answer if you
20   can.
21      A    No.
22      Q    Or do you feel comfortable giving an
23   opinion on that?
24           MR. GIVENS:  Objection.  You can
25   answer.  Go ahead and answer.
```

