# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| RUSS GODFREY, and NATALIE GODFREY, | |
|---|---|
| Plaintiffs, | |
| v. | Case No: 5:19-cv-329 JD |
| CSAA FIRE & CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

## PLAINTIFFS' DEPOSITION DESIGNATION – ALLEN LIPPOLDT

Pursuant to the Court's Scheduling Order, Plaintiffs submit this designation of deposition testimony for Allen Lippoldt:

| PAGE | LINE | | PAGE | LINE |
|---|---|---|---|---|
| 5 | 7 | through | 5 | 8 |
| 5 | 11 | through | 5 | 13 |
| 5 | 20 | through | 5 | 22 |
| 6 | 4[1] | through | 6 | 14 |
| 6 | 19 | through | 6 | 22 |
| 7 | 18 | through | 7 | 19 |
| 8 | 17 | through | 8 | 19 |
| 8 | 25 | through | 9 | 5 |
| 9 | 19 | through | 9 | 25 |
| 10 | 21 | through | 10 | 25 |
| 11 | 8 | through | 11 | 10 |
| 11 | 15 | through | 11 | 21 |

---

[1] Start at "Well, let me tell you…"

| PAGE | LINE |         | PAGE | LINE |
|------|------|---------|------|------|
| 12   | 8    | through | 12   | 13   |
| 12   | 21   | through | 12   | 24   |
| 15   | 1    | through | 15   | 7    |
| 15   | 10   | through | 15   | 12   |
| 16   | 10   | through | 16   | 11   |
| 17   | 14   | through | 17   | 17   |
| 18   | 15   | through | 18   | 16   |
| 19   | 5    | through | 19   | 10   |
| 19   | 16   | through | 19   | 24   |
| 20   | 23   | through | 21   | 8    |
| 24   | 19   | through | 25   | 23   |
| 26   | 1    | through | 26   | 6    |
| 26   | 12   | through | 26   | 20   |
| 27   | 4    | through | 27   | 9    |
| 27   | 14   | through | 27   | 21   |
| 34   | 12   | through | 34   | 18   |
| 34   | 23   | through | 35   | 15   |
| 35   | 25   | through | 36   | 4    |
| 36   | 17   | through | 37   | 5    |
| 37   | 9    | through | 38   | 13   |
| 38   | 22   | through | 39   | 2    |
| 39   | 21   | through | 40   | 3    |
| 40   | 7    | through | 41   | 12   |
| 41   | 24   | through | 42   | 12   |
| 42   | 15   | through | 43   | 5    |
| 43   | 21   | through | 44   | 3    |

| PAGE | LINE |         | PAGE | LINE |
|------|------|---------|------|------|
| 46   | 17   | through | 48   | 7    |
| 48   | 22   | through | 49   | 23   |
| 50   | 3    | through | 50   | 10   |
| 50   | 15   | through | 50   | 17   |
| 50   | 20   | through | 50   | 22   |
| 50   | 25   | through | 51   | 7    |
| 52   | 7    | through | 52   | 8    |
| 52   | 14   | through | 52   | 18   |
| 52   | 21   | through | 53   | 5    |
| 53   | 9    | through | 53   | 14   |
| 54   | 15   | through | 54   | 21   |
| 55   | 1    | through | 56   | 5    |
| 61   | 4    | through | 61   | 13   |
| 63   | 15   | through | 63   | 18   |
| 63   | 23   | through | 64   | 17   |
| 64   | 21   | through | 64   | 21   |
| 65   | 4    | through | 65   | 14   |
| 67   | 20   | through | 67   | 22   |
| 69   | 5    | through | 69   | 7    |
| 73   | 4    | through | 73   | 6    |
| 73   | 8    | through | 73   | 17   |
| 73   | 19   | through | 74   | 9    |
| 75   | 18   | through | 75   | 25   |
| 76   | 6    | through | 76   | 21   |
| 77   | 1    | through | 79   | 1    |
| 79   | 10   | through | 79   | 17   |

| PAGE | LINE |         | PAGE | LINE |
|------|------|---------|------|------|
| 80   | 4    | through | 80   | 10   |
| 80   | 12   | through | 83   | 15   |
| 83   | 17   | through | 83   | 24   |
| 84   | 1    | through | 84   | 4    |
| 84   | 6    | through | 84   | 16   |
| 84   | 18   | through | 84   | 20   |
| 84   | 22   | through | 87   | 24   |
| 88   | 1    | through | 88   | 3    |

**MANSELL ENGEL & COLE**

By:  s/Keith F. Givens
Steven S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Keith F. Givens, OBA #16501
204 North Robinson Avenue, 21st Floor
Oklahoma City, OK 73102-7001
T: (405) 232-4100 ** F: (405) 232-4140
E-mail:  smansell@meclaw.net
mengel@meclaw.net
kgivens@meclaw.net

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2020, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Gerard F. Pignato (jerry@ryanwhaley.com)
Matthew C. Kane (mkane@ryanwhaley.com)
Joshua K. Hefner (joshua@ryanwhaley.com)
Susan F. Kane (susanfkane@gmail.com)

**ATTORNEYS FOR DEFENDANT,
CSAA FIRE AND CASUALTY INSURANCE**

s/ Keith F. Givens