**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RUSS GODFREY, and NATALIE GODFREY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. CIV-19-329-JD |
| CSAA FIRE & CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S DESIGNATIONS OF DEPOSITION TESTIMONY**

Pursuant to the Court's Scheduling Order (Dkt. 15), Defendant CSAA Fire & Casualty Insurance Company submits the following designations of deposition testimony for use at trial:

1.    Mark S. Costello Deposition Designations (December 13, 2019) (condensed version attached as Exhibit 1):

| Start Page/Line | End Page/Line |
|---|---|
| 5/5 | 5/18 |
| 6/9 | 7/4 |
| 7/16 | 7/18 |
| 9/8 | 9/10 |
| 9/12 | 9/13 |
| 11/5 | 11/14 |
| 14/23 | 15/11 |

| Start Page/Line | End Page/Line |
|-----------------|---------------|
| 16/8 | 16/21 |
| 18/7 | 18/22 |
| 21/10 | 21/18 |
| 22/1 | 23/4 |
| 23/10 | 23/25 |
| 24/2 | 24/7 |
| 26/8 | 27/15 |
| 29/8 | 30/17 |
| 30/24 | 34/4 |
| 34/8 | 35/10 |
| 35/18 | 36/1 |
| 38/18 | 38/21 |
| 40/7 | 41/6 |
| 42/13 | 42/22 |
| 44/8 | 44/22 |
| 51/7 | 51/21 |
| 52/13 | 52/19 |
| 53/15 | 54/20 |
| 69/25 | 70/15 |
| 72/24 | 73/9 |
| 73/11 | 74/25 |
| 75/24 | 76/14 |

| Start Page/Line | End Page/Line |
| --- | --- |
| 78/5 | 78/12 |
| 82/16 | 82/25 |
| 84/5 | 87/15 |
| 88/6 | 91/24 |
| 92/5 | 92/15 |
| 93/13 | 94/16 |
| 94/22 | 95/25 |
| 97/15 | 104/9 |
| 106/2 | 106/21 |
| 107/11 | 109/2 |
| 111/8 | 112/10 |
| 112/24 | 113/24 |
| 114/11 | 115/19 |
| 116/12 | 116/17 |
| 118/3 | 123/13 |
| 123/23 | 124/7 |
| 124/14 | 126/15 |
| 127/20 | 128/1 |
| 128/16 | 129/25 |
| 130/4 | 132/19 |
| 133/19 | 134/5 |
| 137/22 | 141/4 |

| Start Page/Line | End Page/Line |
|---|---|
| 142/5 | 142/9 |
| 142/19 | 142/21 |
| 143/2 | 143/5 |
| 144/9 | 145/12 |
| 146/9 | 147/2 |
| 147/14 | 148/23 |
| 149/19 | 150/8 |
| 150/23 | 151/10 |
| 151/16 | 151/21 |
| 152/5 | 152/11 |
| 152/15 | 154/4 |
| 154/16 | 156/11 |
| 156/23 | 157/7 |
| 157/9 | 157/20 |
| 157/23 | 158/3 |
| 158/7 | 158/19 |
| 159/18 | 160/2 |
| 162/1 | 162/15 |
| 162/17 | 162/25 |
| 164/9 | 164/17 |
| 164/23 | 164/24 |
| 165/10 | 165/16 |

| Start Page/Line | End Page/Line |
| --- | --- |
| 165/18 | 165/25 |
| 169/24 | 170/12 |
| 170/20 | 171/6 |
| 171/9 | 171/22 |
| 172/6 | 173/3 |
| 173/24 | 174/12 |
| 175/11 | 176/4 |
| 177/14 | 178/9 |
| 178/11 | 178/13 |
| 178/16 | 178/19 |
| 178/21 | 179/4 |
| 179/8 | 179/9 |
| 180/2 | 180/4 |
| 180/6 | 180/8 |
| 180/10 | 180/14 |
| 180/16 | 180/19 |
| 180/21 | 181/7 |
| 181/12 | 181/17 |
| 181/19 | 181/23 |
| 181/25 | 182/7 |
| 182/9 | 182/11 |

*s/Bruce R. Robertson*
Gerard F. Pignato, OBA No. 11473
Bruce A. Robertson, OBA No. 13113
Matthew C. Kane, OBA No. 19502
Susan F. Kane, OBA No. 19455
RYAN WHALEY COLDIRON JANTZEN
 PETERS & WEBBER PLLC
400 North Walnut Avenue
Oklahoma City, Oklahoma 73102
Telephone:   (405) 239-6040
Facsimile:   (405) 239-6766
Email:        jerry@ryanwhaley.com
              brobertson@ryanwhaley.com
              mkane@ryanwhaley.com
              susanfkane@ryanwhaley.com

**ATTORNEYS FOR DEFENDANT,
CSAA FIRE & CASUALTY INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2020 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Steven S. Mansell
Mark A. Engel
Kenneth G. Cole
M. Adam Engel
Keith F. Givens

*s/Bruce A. Robertson*
Bruce A. Robertson