IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUSS GODFREY, and NATALIE GODFREY,<br><br>      Plaintiffs,<br><br>v.<br><br>CSAA FIRE & CASUALTY INSURANCE COMPANY,<br><br>      Defendant. | Case No: 5:19-cv-329 JD |

**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S COUNTER-DESIGNATIONS OF ALLEN LIPPOLDT**

Pursuant to the Court's Scheduling Order, Plaintiffs submit this counter-designation of deposition testimony for Allen Lippoldt:

| PAGE | LINE | | PAGE | LINE | OBJECTIONS |
|---|---|---|---|---|---|
| 9 | 6 | through | 9 | 18 | Irrelevant, F.R.E. 401-402 |
| 21 | 9 | through | 24 | 18 | Irrelevant, F.R.E. 401-402 |

            **MANSELL ENGEL & COLE**

By: s/Kenneth G. Cole
    Steven S. Mansell, OBA #10584
    Mark A. Engel, OBA #10796
    Kenneth G. Cole, OBA #11792
    Keith F. Givens, OBA #16501
    204 North Robinson Avenue, 21st Floor
    Oklahoma City, OK 73102-7001
    T: (405) 232-4100 ** F: (405) 232-4140
    E-mail: kcole@meclaw.net

            **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2020, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Gerard F. Pignato (jerry@ryanwhaley.com)
Bruce A. Robertson (brobertson@ryanwhaley.com)
Joshua K. Hefner (joshua@ryanwhaley.com)
Matthew Kane (mkane@ryanwhaley.com)
Susan F. Kane (susanfkane@gmail.com)

**ATTORNEYS FOR DEFENDANT – CSAA FIRE AND CASUALTY INSURANCE**

                                                  s/Kenneth G. Cole