AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__     DISTRICT OF     __OKLAHOMA__

RUSS and NATALIE GODFREY

V.

CSAA FIRE & CASUALTY INS. CO.

**JOINT EXHIBIT AND WITNESS LIST**

Case Number: 5:19-cv-329-JD

| PRESIDING JUDGE<br>Judge Jodi W. Dishman | PLAINTIFF'S ATTORNEY<br>Mark Engel/Keith Givens | DEFENDANT'S ATTORNEY<br>Gerard Pignato |
|---|---|---|
| TRIAL DATE (S)<br>03/09/2020 | COURT REPORTER | COURTROOM DEPUTY<br>Nyssa |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Certified copy of insurance policy issued to Plaintiffs, including declarations pages and all endorsements. (CSAA_GODFREY 00001-00004, 00567-00780) |
| 2 | | | | | CSAA claim notes. (CSAA_GODFREY 00536-00566) |
| 3 | | | | | Letter from Sayde Brooks (CSAA) to Russ Godfrey. (CSAA_GODFREY 00005-00012) |
| 4 | | | | | US Adjusting "sketches" of Godfrey roof. (CSAA_GODFREY 00034-00036) |
| 5 | | | | | Photos taken by Michael White during inspection. (CSAA_GODFREY 00053-00115) |
| 6 | | | | | Michael White (US Adjusting Services) Estimate (inspected on 02/28/18). (CSAA_GODFREY 00037-00042, 00118-00128) |
| 7 | | | | | Michael White (US Adjusting Services) Estimate-Components (inspected on 02/28/18). (CSAA_GODFREY 00129-00132) |
| 8 | | | | | Price Variation Usage Report-US Adjusting Services, Statement of Loss-US Adjusting Services, US Adjusting Services invoice ($412). (CSAA_GODFREY 00133-00135) |
| 9 | | | | | Loss Report-US Adjusting Services dated 03/02/18. (CSAA_GODFREY 00199-00200) |
| 10 | | | | | Michael White (US Adjusting Services) Estimate (inspected on 02/28/18). (CSAA_GODFREY 00231-00241) |
| 11 | | | | | Loss Report-US Adjusting Services dated 03/03/18. (CSAA_GODFREY 00311-00312) |
| 12 | | | | | Statement of Loss-US Adjusting Services. (CSAA_GODFREY 00313-00322, 00386-00387) |
| 13 | | | | | Mark Costello estimate for CSAA, Price Variation Usage Report-CSAA, Mark Costello sketches for estimate. (CSAA_GODFREY 00451-00466) |
| 14 | | | | | Mark Costello Estimate Audit Trail and Mark Costello Estimate-Components. (CSAA_GODFREY 00467-00476, 00477-00486) |
| 15 | | | | | Letter from Sayde Brooks (CSAA) to Russ Godfrey. (CSAA_GODFREY 00489-00490) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __3__ Pages

**EXHIBIT 1-JOINT EXHIBIT AND WITNESS LIST**

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | OKLAHOMA |

RUSS AND NATALIE GODFREY

V.

CSAA FIRE & CASUALTY INS. CO.

**JOINT EXHIBIT AND WITNESS LIST**

Case Number: 5:19-cv-329-JD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Jodi W. Dishman | Mark Engel/Keith Givens | Gerard Pignato |
| TRIAL DATE (S) 3/9/2020 | COURT REPORTER | COURTROOM DEPUTY Nyssa |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 16 | | | | | Letter from Sayde Brooks (CSAA) to Russ Godfrey. (CSAA_GODFREY 00491-00502) |
| 17 | | | | | Email from Allen Lippoldt (Ultimate Roofing) to Sayde Brooks (CSAA). |
| | | | | | (CSAA_GODFREY 00508) |
| 18 | | | | | Email from Allen Lippoldt (Ultimate Roofing) to Sayde Brooks (CSAA) and photos. |
| | | | | | (CSAA_GODFREY 00509-00522) |
| 19 | | | | | Email from Sayde Brooks (CSAA) to Allen Lippoldt (Ultimate Roofing). |
| | | | | | (CSAA_GODFREY 00523-00524) |
| | | | | | |
| 1 | | | | | Russ Godfrey (Deposed)-Ps: Purchase of insurance; ice damage to roof, interior leaks, cost of |
| | | | | | repair, denial of claim, unreasonableness of denial and underpayment, representations of |
| | | | | | Defendant's adjusters.  D: All relevant issues, insurance policies issued on subject property, |
| | | | | | investigation and handling of subject claims, prior claims and lawsuits. |
| 2 | | | | | Natalie Godfrey (Deposed)-Ps: Purchase of insurance, ice damage to roof, interior leaks, cost of |
| | | | | | repair, denial of claim, unreasonableness of denial and underpayment, representations of |
| | | | | | Defendant's adjuster.  D: All relevant issues, insurance policies issued on subject property, |
| | | | | | investigation and handling of subject claims. |
| 3 | | | | | Sayde Brooks (Deposed)-Ps: Inspections and estimates performed at Defendant's request; |
| | | | | | guidelines, rules and restrictions applicable to work performed at Defendant's request; revenue |
| | | | | | sought or received from work performed at Defendant's request; nature, cause and extent of |
| | | | | | damages sustained by Plaintiffs' home; inspections and estimates related to Plaintiffs' home; |
| | | | | | contacts with Defendant and/or individuals associated with Defendant; issues raised by Defendant. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of   3   Pages

**EXHIBIT 1-JOINT EXHIBIT AND WITNESS LIST**

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | OKLAHOMA |
|---|---|---|

RUSS AND NATALIE GODFREY

V.

CSAA FIRE & CASUALTY INS. CO.

**JOINT EXHIBIT AND WITNESS LIST**

Case Number: 5:19-cv-329-JD

| PRESIDING JUDGE<br>Judge Jodi W. Dishman | PLAINTIFF'S ATTORNEY<br>Mark Engel / Keith Givens | DEFENDANT'S ATTORNEY<br>Gerard Pignato |
|---|---|---|
| TRIAL DATE (S)<br>3/9/2020 | COURT REPORTER | COURTROOM DEPUTY<br>Nyssa |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | D: Investigation and handling of Plaintiffs' claim. |
| 4 |  |  |  |  | Mark Costello (Deposed)-Ps: Inspections and estimates performed at Defendant's request; |
|  |  |  |  |  | guidelines, rules and restrictions applicable to work performed at Defendant's request; |
|  |  |  |  |  | revenue sought or received from work performed at Defendant's request; nature, cause and |
|  |  |  |  |  | extent of damages sustained by Plaintiffs' home; inspections and estimates related to Plaintiffs' |
|  |  |  |  |  | home; contacts with Defendant and/or individuals associated with Defendant; issues raised by |
|  |  |  |  |  | Defendant. D: Investigation and handling of Plaintiffs' claim. |
| 5 |  |  |  |  | Alana Hare (Deposed)-Ps: Inspections and estimates performed at Defendant's request; |
|  |  |  |  |  | guidelines, rules and restrictions applicable to work performed at Defendant's request; |
|  |  |  |  |  | revenue sought or received from work performed at Defendant's request; nature, cause and |
|  |  |  |  |  | extent of damages sustained by Plaintiffs' home; inspections and estimates related to Plaintiffs' |
|  |  |  |  |  | home; contacts with Defendant and/or individuals associated with Defendant; issues raised by |
|  |  |  |  |  | Defendant. D: Investigation and handling of Plaintiffs' claim; CSAA's claim handling policies |
|  |  |  |  |  | and procedures. |
| 6 |  |  |  |  | Michael White-Ps: Inspections and estimates performed at Defendant's request; guidelines, |
|  |  |  |  |  | rules and restrictions applicable to work performed at Defendant's request; revenue sought |
|  |  |  |  |  | or received from work performed at Defendant's request; nature, cause and extent of damages |
|  |  |  |  |  | sustained by Plaintiffs' home; inspections and estimates related to Plaintiffs' home; contacts with |
|  |  |  |  |  | Defendant and/or individuals associated with Defendant; issues raided by Defendant. |
|  |  |  |  |  | D: Inspections and estimates performed; method of compensation; discussion of what an |
|  |  |  |  |  | independent adjuster does. |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 3 of ___3___ Pages

**EXHIBIT 1-JOINT EXHIBIT AND WITNESS LIST**