AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

RUSS and NATALIE GODFREY

V.

CSAA FIRE & CASUALTY INS. CO.

**PLAINTIFFS' ADDITIONAL EXHIBIT AND WITNESS LIST**

Case Number: 5:19-cv-329-JD

| PRESIDING JUDGE<br>Judge Jodi W. Dishman | PLAINTIFF'S ATTORNEY<br>Mark Engel/Keith Givens | DEFENDANT'S ATTORNEY<br>Gerard Pignato |
|---|---|---|
| TRIAL DATE (S)<br>3/9/2020 | COURT REPORTER | COURTROOM DEPUTY<br>Nyssa |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | CSAA 02/26/18 letter. (GODFREY 0001-0006) formerly Ex. 3 on previous PTR |
| 2 | | | | | Sayde Brooks 03/14/18 letter with Costello's estimate. (GODFREY 0009-0020) formerly Ex. 12 |
| 3 | | | | | Butler Roofing & Construction invoices. (GODFREY 0021-0024) formerly Ex. 25 |
| 4 | | | | | Allen Lippoldt 05/29/18 email to Sayde Brooks (GODFREY 0027) |
| 5 | | | | | Payment confirmation/receipt for Ultimate Roofing invoice. (GODFREY 0028) formerly Ex. 16 |
| 6 | | | | | Butler Roofing & Construction bill. (GODFREY 0029-0030) formerly Ex. 24 |
| 7 | | | | | Homeowners Policy Declarations 09/01/17-09/01/18. (GODFREY 0031-0032) |
| 8 | | | | | Homeowners Policy Declarations 09/01/16-09/01/17. (GODFREY 0037-0038) |
| 9 | | | | | Ultimate Roofing photos. (GODFREY 0042-0055) formerly Ex. 17 |
| 10 | | | | | Ultimate Roofing estimate. (GODFREY 0056-0063) formerly Ex. 18 |
| 11 | | | | | Ultimate Roofing Damage Report and photos May, 2018. (GODFREY 0064-0076) |
| 12 | | | | | Allen Lippoldt letter & summary of phone conversations. (GODFREY 0077-0086, 0089-0104) Ex. 21 |
| 13 | | | | | GreenSky loan statement. (GODFREY 0088) formerly Ex. 20 |
| 14 | | | | | Ultimate Roofing invoice. (GODFREY 0105) formerly Ex. 19 |
| 15 | | | | | Ultimate Roofing final invoice dated 03/19/18. (GODFREY 0106) |
| 16 | | | | | Mathis Brothers invoice. (GODFREY 0107-0108) formerly Ex. 27 |
| 17 | | | | | Sayde Brooks email. (GODFREY 0109) formerly Ex. 22 |
| 18 | | | | | Structural Property Estimating Guidelines. (CSAA_GODFREY 01680-01713) formerly Ex. 29 |
| 19 | | | | | Structural Property Estimating Guidlines. (CSAA_GODFREY 01714-01732) formerly Ex. 30 |
| 20 | | | | | Structural Property Estimating Guidlines. (CSAA_GODFREY 01733-01781) formerly Ex. 31 |
| 21 | | | | | Structural Property Estimating Guidlines. (CSAA_GODFREY 01782-01812) formerly Ex. 32 |
| 22 | | | | | Structural Property Estimating Guidlines. (CSAA_GODFREY 01813-01846) formerly Ex. 33 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

**EXHIBIT 2-PLAINTIFFS' ADDITIONAL WITNESS AND EXHIBIT LIST**

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __OKLAHOMA__

RUSS and NATALIE GODFREY

V.

CSAA FIRE & CASUALTY INS. CO.

**PLAINTIFFS' ADDITIONAL EXHIBIT AND WITNESS LIST**

Case Number: 5:19-cv-329-JD

| PRESIDING JUDGE<br>Judge Jodi W. Dishman | PLAINTIFF'S ATTORNEY<br>Mark Engel/Keith Givens | DEFENDANT'S ATTORNEY<br>Gerard Pignato |
|---|---|---|
| TRIAL DATE (S)<br>3/9/2020 | COURT REPORTER | COURTROOM DEPUTY<br>Nyssa |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | Structural Property Estimating Guidlines. (CSAA_GODFREY 01847-01874) formerly Ex. 34 |
| 24 | | | | | Claim handling bulletins and documents. (CSAA_GODFREY 02047-02092) formerly Ex. 35 |
| 25 | | | | | Phone recordings by Ultimate Roofing. (GODFREY 0110-0119) formerly Ex. 23 |
| 26 | | | | | Videos of roof leaking into interior. (GODFREY 0120-0121) formerly Ex. 26 |
| 27 | | | | | Sean Wiley estimate and photos. (GODFREY 0122-0140) |
| 28 | | | | | CSAA's 2017 annual statement. Formerly Ex. 28 on Pretrial Report [Doc. No. 58] |
| 29 | | | | | Defendant's Answers to Plaintiffs' Interrogatories. Formerly Ex. 36 |
| 30 | | | | | Defendant's Responses to Plaintiffs' Requests for Production. Formerly Ex. 37 |
| 31 | | | | | All Defendant's exhibits except those objected to at trial. Formerly Ex. 38 |
| | | | | | |
| 1 | | | | | Allen Lippoldt (Deposed)-Ps: Observations of damage on roof, cost of repairs, conversations with adjusters and Plaintiffs. |
| 2 | | | | | Sean Wiley-Ps: Issues and opinions referenced in report produced on October 21, 2019 per Scheduling Order [Doc. No. 15]. Expert witness construction costs. |
| 3 | | | | | Michael White-Ps: Inspections and estimates performed at Defendant's request; guidelines, rules and restrictions applicable to work performed at Defendant's request; revenue sought or received from work performed at Defendant's request; nature, cause and extent of damages sustained by Plaintiffs' home; inspections and estimates related to Plaintiffs' home; contacts with Defendant and/or individuals associated with Defendant; issues raised by Defendant.<br>D: Inspections and estimates performed; method of compensation; discussion of what an independent adjuster does. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of __3__ Pages

**EXHIBIT 2-PLAINTIFFS' ADDITIONAL WITNESS AND EXHIBIT LIST**

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

RUSS AND NATALIE GODFREY

V.

CSAA FIRE & CASUALTY INS. CO.

**PLAINTIFFS' ADDITIONAL EXHIBIT AND WITNESS LIST**

Case Number: 5:19-cv-329-JD

| PRESIDING JUDGE<br>Judge Jodi W. Dishman | PLAINTIFF'S ATTORNEY<br>Mark Engel/Keith Givens | DEFENDANT'S ATTORNEY<br>Gerard Pignato |
|---|---|---|
| TRIAL DATE (S)<br>3/9/2020 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 4 | | | | | Witnesses needed for rebuttal of issues or evidence introduced by Defendant. |
| 5 | | | | | Witnesses identified by Defendant to whom Plaitniffs do not object. |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 3 of __3__ Pages

**EXHIBIT 2-PLAINTIFFS' ADDITIONAL WITNESS AND EXHIBIT LIST**