AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Western__ DISTRICT OF __Oklahoma__

RUSS and NATALIE GODFREY

V.

CSAA FIRE & CASUALTY INS. CO.

## EXHIBIT AND WITNESS LIST

Case Number: 5:19-cv-329-JD

| PRESIDING JUDGE<br>Judge Jodi W. Dishman | PLAINTIFF'S ATTORNEY<br>Mark Engel/Keith Givens | DEFENDANT'S ATTORNEY<br>Gerard Pignato |
|---|---|---|
| TRIAL DATE (S)<br>03/09/2020 | COURT REPORTER | COURTROOM DEPUTY<br>Nyssa |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 |  |  |  | ISO ClaimSearch Report summary of Plaintiffs' claim history (CSAA_GODFREY 0013-0029) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages



EXHIBIT 3