**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

RUSS GODFREY and NATALIE GODFREY,

        Plaintiffs,

v.

CSAA FIRE & CASUALTY INSURANCE COMPANY,

        Defendant.

Case No: 5:19-cv-329 JD

## **STIPULATIONS OF THE PARTIES**

1. Plaintiffs and Defendant stipulate that Michael White is unavailable and will not be called by either party as a witness.

2. Defendant stipulates that its objections to Plaintiffs' designations of Mark Costello's deposition are withdrawn.

By: *s/Kenneth G. Cole*
*(signed by filing attorney with permission of non-filing attorney)*
Steven S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Kenneth G. Cole, OBA #11792
Keith F. Givens, OBA #16501
**MANSELL ENGEL & COLE**
204 North Robinson Avenue, 21st Floor
Oklahoma City, OK 73102-7001
T: (405) 232-4100 ** F: (405) 232-4140
Email: smansell@meclaw.net
        mengel@meclaw.net
        kcole@meclaw.net
        kgivens@meclaw.net

**ATTORNEYS FOR PLAINTIFFS**

2

*s/Gerard F. Pignato*
Gerard F. Pignato, OBA #11473
Bruce A. Robertson, OBA #13113
Matthew C. Kane, OBA #19502
Susan F. Kane, OBA #19455
**RYAN WHALEY COLDIRON**
  **JANTZEN PETERS & WEBBER PLLC**
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
Telephone:   405-239-6040
Facsimile:    405-239-6766
Email: jerry@ryanwhaley.com
         brobertson@ryanwhaley.com
         mkane@ryanwhaley.com
         susanfkane@gmail.com

**ATTORNEYS FOR DEFENDANT**