## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RUSS GODFREY and | ) | |
| NATALIE GODFREY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.:  CIV-19-329-JD |
| | ) | |
| CSAA FIRE & CASUALTY | ) | |
| INSURANCE COMPANY, | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## APPLICATION FOR LEAVE FOR ATTORNEY WITHDRAWAL

Pursuant to LCvR83.5, Defendant CSAA Fire & Casualty Insurance Company respectfully seeks the Court's leave to have Attorney Bruce A. Robertson withdraw as its counsel in the above styled case.  Plaintiffs' counsel has been contacted and does not object to this request.  CSAA will not be prejudiced and will continue to be represented by Gerard F. Pignato, Susan F. Kane, Matthew C. Kane and Joshua K. Hefner.  If granted, the withdrawal will not impact any deadlines in the instant action.

Respectfully Submitted,


s/ Gerard F. Pignato
Gerard F. Pignato, OBA No. 11473
Susan F. Kane, OBA No. 19455
Matthew C. Kane, OBA No. 19502
Joshua K. Hefner, OBA No. 30870
RYAN WHALEY COLDIRON JANTZEN
  PETERS & WEBBER, PLLC
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
Telephone:   405-239-6040
Facsimile:   405-239-6766
Email:        jerry@ryanwhaley.com
              mkane@ryanwhaley.com
              skane@ryanwhaley.com
              jhefner@ryanwhaley.com
ATTORNEYS FOR DEFENDANT,
CSAA FIRE & CASUALTY INSURANCE
COMPANY


## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Steven S. Mansell, Esquire
Mark A. Engel, Esquire
Kenneth G. Cole, Esquire
Keith F. Givens, Esquire

s/ Gerard F. Pignato
For the Firm