# **CHAMBERS MINUTE SHEET**

CIVIL NO. <u>CIV-19-00329–JD</u>                                                                                DATE  <u>March 8, 2021</u>

<u>Russ Godfrey, et al.                                             </u>  -v-  <u>CSAA Fire & Casualty Insurance Co.          </u>

COMMENCED  <u>2:25 p.m.        </u>        ENDED  <u>2:35 p.m.         </u>        TOTAL TIME  <u>10 mins.          </u>

PROCEEDINGS  <u>Telephonic Status Conference                                                                </u>

JUDGE <u>JODI W. DISHMAN</u>              DEPUTY <u>NYSSA VASQUEZ</u>          REPORTER  <u>N/A  </u>

PLFS COUNSEL  <u>Mark A. Engel, Esq. and Keith F. Givens, Esq. (Telephonically)                  </u>

DFTS COUNSEL  <u>Matthew C. Kane, Esq. (Telephonically)                                                    </u>

     Counsel appear telephonically as noted above. The Court discusses the current trial date of August 2021 and advises the parties that as mentioned in this Court's previous Status Conference Minute Entry filed 01/08/2021 [*see* Doc. No. 129], it currently has availability to try this case beginning on April 26, 2021.

     The Court seeks counsel's input on moving up the current August trial date, assuming no criminal case will proceed to trial in April 2021 and based on counsel's availability. Counsel for Plaintiffs advise they are specially set for a 3-day jury trial to begin on April 26, 2021 in an Oklahoma County District Court case, as well as being placed as a back-up case in a different Western District of Oklahoma case.

     Counsel for Defendant advises they are set for trial on April 20, 2021 and advise the case could continue into the week of April 26th. After hearing from both parties, the Court will keep the current August 2021 trial setting, but advises counsel it will continue to reach out should an earlier date become available in May, June, or July 2021. Neither party objects to the Court summarizing today's status conference in a minute sheet.