## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: April 26, 2021

| | |
|---|---|
| RUSS GODFREY and NATALIE GODFREY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. CIV-19-00329-JD |
| CSAA FIRE & CASUALTY INSURANCE COMPANY | ) ) ) ) |
| Defendant. | ) |

**<u>ENTER ORDER:</u>**

    This matter is set for jury trial beginning Monday, August 16, 2021 at 9:00 a.m. through Friday, August 20, 2021 in Courtroom 502 before the Honorable Jodi W. Dishman. The Court will issue a separate order setting this case for a pretrial conference closer to the trial date.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

                                  CARMELITA REEDER SHINN, CLERK

                                  By:  */s/ Nyssa Vasquez*
                                                Deputy Clerk