IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RUSS GODFREY and NATALIE GODFREY,<br><br>　　Plaintiffs,<br><br>v.<br><br>CSAA FIRE & CASUALTY INSURANCE COMPANY,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. CIV-19-00329-JD<br>)<br>)<br>)<br>)<br>)<br>) |

**ADMINISTRATIVE CLOSING ORDER**

On counsel's representation that the parties have reached a settlement and compromise of all claims in this case, it is ORDERED that the Clerk administratively terminate this action in her records. Unless a party moves to reopen or extend this proceeding within **45** days of the entry of this Order, this action shall be deemed dismissed with prejudice, and this Order shall become a final judgment that satisfies the separate-document requirement for purposes of Federal Rule of Civil Procedure 58(a). *See Morris v. City of Hobart*, 39 F.3d 1105, 1109–10 (10th Cir. 1994).

Entered this 6th day of August 2021.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE